

**U.S. Department of Justice**

Criminal Division

---

*Fraud Section*            *Washington, D.C. 20530*

23 April 2019

**SEALED**

Honorable Camille D. Bibles
United States Magistrate Judge
123 North San Francisco Street, Suite 200
Flagstaff, Arizona 86001

      Re:    *United States v. Abellan, et al.*
              USAO No. 20160088
              Court No. CR-19-00448-PHX-DLR (MHB)

Dear Magistrate Judge Bibles:

       This case has been or may be assigned to you. In order for you to determine whether a potential conflict may exist in a case or matter that has been assigned to your Court, and in light of your former positions with the Department of Justice, you have requested that we automatically provide the following information. This matter is originated from and is being handled by the U.S. Department of Justice, Criminal Division, Fraud Section. A review of the Fraud Section files reveals that this case or matter was not in the United States Attorney's Office for the District of Arizona during your tenure there. In addition, we have caused the District of Arizona to conduct a careful review all the available records in the office, including the computer data, and have determined that (mark the appropriate category, if applicable):

\_\_\_\_    **A CONFLICT MAY EXIST**

To the best of my knowledge, you had direct involvement in this case or matter while you were employed with the U.S. Attorney's Office on the following dates: October 1, 1998 through January 11, 2002; January 5, 2004 through March 2, 2012; and April 6, 2015 through February 5, 2018.

**X**    **NO PROBABLE CONFLICT**

My review of the file and/or court docket indicates you did not have direct involvement in this case or matter.

                                                            Sincerely,

                                                            ELIZABETH A. STRANGE
                                                            First Assistant U.S. Attorney
                                                            District of Arizona

ROBERT ZINK
Acting Chief, Fraud Section
U.S. Department of Justice

By: _____
Tracee Plowell, Assistant Chief
Criminal Division, Fraud Section
U.S. Department of Justice



U.S. Department of Justice

Criminal Division

---

Fraud Section                                Washington, D.C. 20530


23 April 2019


Honorable John Z. Boyle
U.S. Magistrate Judge
Sandra Day O'Connor U.S. Courthouse, Suite 321
401 W. Washington Street, Space 75
Phoenix, Arizona 85003



  Re: *United States v. Abellan, et al.*
    USAO No. 20160088
    Court No. <CR Number>

Dear Magistrate Judge Boyle:

  This case has been or may be assigned to you. In order for you to determine whether a potential conflict may exist in a case or matter that has been assigned to your Court, and in light of your former positions with the Department of Justice, you have requested that we automatically provide the following information. This matter is originated from and is being handled by the U.S. Department of Justice, Criminal Division, Fraud Section. A review of the Fraud Section files reveals that this case or matter was not in the United States Attorney's Office for the District of Arizona during your tenure there. In addition, we have caused the District of Arizona to conduct a careful review all the available records in the office, including the computer data, and have determined that (mark the appropriate category, if applicable):

☐ A CONFLICT MAY EXIST

☐ The case or matter or defendant was in a Phoenix Southwest Border Section of the United States Attorney's Office for the District of Arizona while you were serving in a supervisory capacity over Southwest Border matters (**December 1, 2012 through September 9, 2014**).

☐ My review of the file indicates that you had direct involvement in this case or matter while you were serving as an Assistant United States Attorney in the United States Attorney's Office for the District of Arizona (**April 5, 2004 through September 9, 2014**).

☒ NO PROBABLE CONFLICT

☒ The case or matter or defendant was not in a Phoenix Southwest Border Section of the United States Attorney's Office for the District of Arizona while you were serving in a

supervisory capacity over Southwest Border matters (**December 1, 2012 through September 9, 2014**), and my review of the file indicates you had no direct involvement in this matter.

                              Sincerely,

                              ELIZABETH A. STRANGE
                              First Assistant U.S. Attorney
                              District of Arizona

                              ROBERT ZINK
                              Acting Chief, Fraud Section
                              U.S. Department of Justice

By: _____
       Tracee Plowell, Assistant Chief
       Criminal Division, Fraud Section
       U.S. Department of Justice



U.S. Department of Justice

Criminal Division

---

Fraud Section                                    Washington, D.C. 20530


23 April 2019

SEALED

Honorable Diane J. Humetewa
U.S. District Court Judge
Sandra Day O'Connor U.S. Courthouse, Suite 625
401 W. Washington Street, SPC 81
Phoenix, Arizona 85003-2154

    Re:   *United States v. Abellan, et al.*
           USAO No. 20160088
           Court No. <CR Number>

Dear Judge Humetewa:

      This case has been or may be assigned to you. In order for you to determine whether a potential conflict may exist in a case or matter that has been assigned to your Court, and in light of your former positions with the Department of Justice, you have requested that we automatically provide the following information. This matter is originated from and is being handled by the U.S. Department of Justice, Criminal Division, Fraud Section. A review of the Fraud Section files reveals that this case or matter was not in the United States Attorney's Office for the District of Arizona during your tenure there. In addition, we have caused the District of Arizona to conduct a careful review all the available records in the office, including the computer data, and have determined that (mark the appropriate category, if applicable):

☐    <u>A CONFLICT MAY EXIST</u>

☐    The case or matter was in this office while you were the United States Attorney for the District of Arizona (**December 17, 2007 to August 2, 2009**).

☐    The case or matter was in this office while you were a Special Assistant United States Attorney for the District of Arizona (**April 28, 1996 through January 3, 1998**) or an Assistant United States Attorney for the District of Arizona (**January 4, 1998 through December 16, 2007**), and my review of the file indicates you had direct involvement in this matter.

☒    <u>NO PROBABLE CONFLICT</u>

2

☒ The case or matter was not in this office while you were serving as the United States Attorney (**December 17, 2007 to August 2, 2009**), and my review of the file indicates you had no direct involvement in this matter.

Sincerely,

ELIZABETH A. STRANGE
First Assistant U.S. Attorney
District of Arizona

ROBERT ZINK
Acting Chief, Fraud Section
U.S. Department of Justice

By: _____
Tracee Plowell, Assistant Chief
Criminal Division, Fraud Section
U.S. Department of Justice



**U.S. Department of Justice**

Criminal Division

---

*Fraud Section*                                   *Washington, D.C. 20530*

23 April 2019



Honorable Dominic W. Lanza
U.S. District Court Judge
Sandra Day O'Connor U.S. Courthouse, Suite 621
401 W. Washington Street, SPC 46
Phoenix, Arizona 85003-2151

  Re: *United States v. Abellan, et al.*
    USAO No. 20160088
    Court No. <CR Number>

Dear Judge Lanza:

  This case has been or may be assigned to you. In order for you to determine whether a potential conflict may exist in a case or matter that has been assigned to your Court, and in light of your former positions with the Department of Justice, you have requested that we automatically provide the following information. This matter is originated from and is being handled by the U.S. Department of Justice, Criminal Division, Fraud Section. A review of the Fraud Section files reveals that this case or matter was not in the United States Attorney's Office for the District of Arizona during your tenure there. In addition, we have caused the District of Arizona to conduct a careful review all the available records in the office, including the computer data, and have determined that (mark the appropriate category, if applicable):

☐ <u>A CONFLICT MAY EXIST</u>

☐ The case or matter was in the White Collar Fraud and Public Corruption Section of the United States Attorney's Office for the District of Arizona while you served in a supervisory capacity over that section (**December 2, 2012 through January 24, 2015**).

☐ The case or matter was in the United States Attorney's Office for the District of Arizona while you served in a supervisory capacity over the Criminal Division (**January 25, 2015 through September 11, 2018**).

☐ My review of the file indicates that you had direct involvement in this case or matter while you worked in the United States Attorney's Office for the District of Arizona (**October 14, 2008 through September 11, 2018**).

☒     NO PROBABLE CONFLICT

☒     My review of the file indicates that: 1) you had no direct involvement in the case or matter; 2) the case or matter was not in the White Collar Fraud and Public Corruption Section when you supervised that section (**December 2, 2012 through January 24, 2015**); and 3) the case or matter was not in the office when you had supervisory authority over the Criminal Division (**January 25, 2015 through September 11, 2018**).

Sincerely,

ELIZABETH A. STRANGE
First Assistant U.S. Attorney
District of Arizona

ROBERT ZINK
Acting Chief, Fraud Section
U.S. Department of Justice

By: _____
Tracee Plowell, Assistant Chief
Criminal Division, Fraud Section
U.S. Department of Justice



U.S. Department of Justice

Criminal Division

---

Fraud Section                                  Washington, D.C. 20530

23 April 2019

SEALED

Honorable Steven P. Logan
U.S. District Court Judge
Sandra Day O'Connor U.S. Courthouse, Suite 521
401 W. Washington Street, SPC 82
Phoenix, Arizona 85003

    Re:    *United States v. Abellan, et al.*
            USAO No. 20160088
            Court No. <CR Number>

Dear Judge Logan:

       This case has been or may be assigned to you. In order for you to determine whether a potential conflict may exist in a case or matter that has been assigned to your Court, and in light of your former positions with the Department of Justice, you have requested that we automatically provide the following information. This matter is originated from and is being handled by the U.S. Department of Justice, Criminal Division, Fraud Section. A review of the Fraud Section files reveals that this case or matter was not in the United States Attorney's Office for the District of Arizona during your tenure there. In addition, we have caused the District of Arizona to conduct a careful review all the available records in the office, including the computer data, and have determined that (mark the appropriate category, if applicable):

☐    <u>A CONFLICT MAY EXIST</u>

☐    The case or matter was in this office while you were with the United States Attorney's Office in the District of Arizona **(December 30, 2001 through August 28, 2010)**. My review of the file indicates you had direct involvement in this matter.

☐    While you were assigned as a Magistrate Judge for the District of Arizona, you reviewed a miscellaneous matter related to this case that was filed with the Clerk's Office. Miscellaneous matters can include, by way of example, applications for search and seizure warrants and orders authorizing the installation of a pen register and trap and trace device, as authorized in Local Rule of Criminal Procedure 57.6(23)-(24).

☒    <u>NO PROBABLE CONFLICT</u>

☒ The case or matter was not in this office nor was the defendant in a different case or matter in this office while you were with the United States Attorney's Office in the District of Arizona (**December 30, 2001 through August 28, 2010**).

☐ The case or matter was in this office or the defendant was in a different case or matter in this office while you were with the United States Attorney's Office in the District of Arizona (**December 30, 2001 through August 28, 2010**).  However, my review of the file indicates you did not have direct involvement in this matter.

Sincerely,

ELIZABETH A. STRANGE
First Assistant U.S. Attorney
District of Arizona

ROBERT ZINK
Acting Chief, Fraud Section
U.S. Department of Justice

By: _____
Tracee Plowell, Assistant Chief
Criminal Division, Fraud Section
U.S. Department of Justice



**U.S. Department of Justice**

Criminal Division

---

*Fraud Section*                                                    *Washington, D.C. 20530*


23 April 2019


Honorable John J. Tuchi                                    SEALED
U.S. District Court Judge
Sandra Day O'Connor U.S. Courthouse, Suite 525
401 W. Washington Street, Space 83
Phoenix, Arizona 85003-2151

      Re:   *United States v. Abellan, et al.*
             USAO No. 20160088
             Court No. <CR Number>

Dear Judge Tuchi:

      This case has been or may be assigned to you.  In order for you to determine whether a potential conflict may exist in a case or matter that has been assigned to your Court, and in light of your former positions with the Department of Justice, you have requested that we automatically provide the following information.  This matter is originated from and is being handled by the U.S. Department of Justice, Criminal Division, Fraud Section. A review of the Fraud Section files reveals that this case or matter was not in the United States Attorney's Office for the District of Arizona during your tenure there. In addition, we have caused the District of Arizona to conduct a careful review all the available records in the office, including the computer data, and have determined that (mark the appropriate category, if applicable):

☐    <u>A CONFLICT MAY EXIST</u>

☐    The case or matter was in this office while you were serving in the United States Attorney's Office for the District of Arizona in a supervisory capacity over the Criminal Division (**November 26, 2006 through November 15, 2009 or January 1, 2013 through June 1, 2014**).

☐    The case or matter was not in this office while you were serving in the United States Attorney's Office for the District of Arizona in a supervisory capacity over the Criminal Division (**November 26, 2006 through November 15, 2009 or January 1, 2013 through June 1, 2014**), but my review of the file indicates you had direct involvement in this matter.

☒    <u>NO PROBABLE CONFLICT</u>

☒ The case or matter was not in this office while you were serving in the United States Attorney's Office for the District of Arizona in a supervisory capacity over the Criminal Division (**November 26, 2006 through November 15, 2009 or January 1, 2013 through June 1, 2014**), and my review of the file indicates you had no direct involvement in this matter.

          Sincerely,

          ELIZABETH A. STRANGE
          First Assistant U.S. Attorney
          District of Arizona

          ROBERT ZINK
          Acting Chief, Fraud Section
          U.S. Department of Justice

By: _____
     Tracee Plowell, Assistant Chief
     Criminal Division, Fraud Section
     U.S. Department of Justice