ROBERT ZINK
Acting Chief, Fraud Section
U.S. Department of Justice, Criminal Division
TRACEE PLOWELL
Assistant Chief, Fraud Section, Criminal Division
MICHELLE PASCUCCI
Trial Attorney, Fraud Section, Criminal Division
U.S. Department of Justice
1400 New York Ave., N.W., 3rd floor
Washington, D.C. 20530
Telephone (202) 616-1668
Email: Tracee.Plowell@usdoj.gov
Email: Michelle.Pascucci@usdoj.gov
Attorneys for Plaintiff

**SEALED**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America<br><br>vs.<br><br>Francisco Villena Abellan,<br>a/k/a "Frank Abellan," "Frank Abel," "Oracle," "Mark," and "Frank Villena"<br><br>James B. Panther, Jr.,<br>a/k/a "James Suqui" and "James Suquilanda," and<br><br>Faiyaz Dean,<br><br>    Defendants. | Case No. CR-19-00448-PHX-DLR (MHB)<br><br>**NOTICE OF RELATED CASES** |

    Pursuant to Local Rule 5.1, the United States of America, by and through its attorneys undersigned, hereby gives notice to the court that this case is directly related to another pending criminal case, 2:19-cr-00342-JJT.

    Respectfully submitted this 23rd day of April, 2019.

                                    ROBERT ZINK
                                    Acting Chief, Fraud Section
                                    U.S. Department of Justice, Criminal Division

By: _____
       Tracee Plowell, Assistant Chief
       Michelle Pascucci, Trial Attorney