AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
District of Arizona

FILED ___ LODGED
✓ RECEIVED ___ COPY

MAY 0 2 2019

CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA
BY_____ DEPUTY

| United States of America | ) | |
|---|---|---|
| v. | ) | Case No. CR-19-00448-PHX-DLR-2 |
| | ) | |
| James B. Panther, Jr. | ) | |
| aka James Suqui, James Suquilanda | ) | **SEALED** |
| Defendant | ) | |

## ARREST WARRANT

To:    Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)*    James B. Panther, Jr. (aka's listed above),
who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment   ☐ Superseding Indictment   ☐ Information   ☐ Superseding Information   ☐ Complaint
☐ Probation Violation Petition   ☐ Supervised Release Violation Petition   ☐ Violation Notice   ☐ Order of the Court

This offense is briefly described as follows:

Count 1 - 18:1349 - Conspiracy to Commit Securities Fraud and Wire Fraud
Count 2 - 18:1348 and 2 - Securities Fraud
Count 3 - 18:1956(h) - Conspiracy to Commit Money Laundering
Counts 4-8 - 18:1957 and 2 - Money Laundering

Date: 4/24/19

_____
Issuing officer's signature

City and state:   Phoenix, Arizona

S. Quinones, Deputy Clerk
*Printed name and title*

---

**Return**

This warrant was received on *(date)* 04/24/2019, and the person was arrested on *(date)* 04/26/2019
at *(city and state)* San Diego, CA.

Date: 04/30/2019

_____
Arresting officer's signature

FBI
*Printed name and title*