**SEALED**



FILED ✓  LODGE ___
RECEIVED ___  COPY ___

JUL 10 2019

CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA
BY_____ DEPUTY

FILED

JUL - 2 2019

CLERK US DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY_____ DEPUTY

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

CR-19-448-PHX

| | |
|---|---|
| UNITED STATES OF AMERICA, | Magistrate Case No. 19MJ1703 |
| Plaintiff, | ORDER OF REMOVAL |
| v. | (Defendant Not In Custody) |
| JAMES B. PANTHER, JR., aka "James Suqui," "James Suquilanda" Defendant. | |

An indictment having been filed in the District of Arizona, charging defendant **JAMES B. PANTHER, JR.** with conspiracy to commit securities fraud and wire fraud, in violation of Title 18, United States Code, Sections 1348, 1349 and 2; and conspiracy to commit money laundering and money laundering, in violation of Title 18, United States Code, Sections 1956(h) and 1957. Defendant **JAMES B. PANTHER, JR.** was arrested on April 26, 2019 in the Southern District of California, pursuant to the out of district arrest warrant related to said indictment. Defendant **JAMES B. PANTHER, JR.** then posted a criminal bond and waived an identity hearing pursuant to Rule 5(c) of the Federal Rules of Criminal Procedure. Therefore,

IT IS HEREBY ORDERED that defendant **JAMES B. PANTHER, JR.**, appear before Magistrate Judge Michelle H. Burns, in the District of Arizona, Sandra Day O'Connor U.S. Courthouse, located at 401 W. Washington St., Suite 130, SPC 1 Phoenix, AZ 85003-2118, on Thursday, July 11, 2019, at 3:00 p.m., for further proceedings.

DATED: 7/2/2019

HON. RUBEN B. BROOKS
United States Magistrate Judge
Southern District of California

Waiver of Rule 5(c) and 5.1(a) Hearings

**SEALED**

**FILED**
JUL - 2 2019
CLERK US DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY                            DEPUTY

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>JAMES B. PANTHER, JR.<br>aka "James Suqui," "James Suquilanda" | Magistrate Case No. 19MJ1703<br><br>WAIVER OF RULE 5(c) and 5.1(a) HEARINGS<br>(<u>Excluding</u> Probation/Supervised Release Violation) |

I, **JAMES B. PANTHER, Jr.,** aka "James Suqui," "James Suquilanda," understand that in the District of Arizona, charges are pending alleging violations of Title 18, United States Code, Sections 1348, 1349, 1956(h), 1957 and 2, and that I have been arrested in the Southern District of California and taken before a United States Magistrate Judge, who informed me of the charge and of my right to:

1. Retain counsel or request the appointment of counsel if I am unable to retain counsel;

2. Request transfer of the proceedings to this district pursuant to Rule 20, Fed.R.Crim.P., ~~in order to plead guilty~~ <u>if</u> the United States Attorneys in both districts approve the transfer in writing;

3. A preliminary hearing if required by Federal Rules of Criminal Procedure 5.1 or 58(b)(2)(G) (unless an indictment has been returned or an information filed) to determine whether there is probable cause to believe an offense has been committed by me, the hearing to be held either in this district or the district of prosecution; and

4. An identity hearing to determine if I am the same person named in the charging document.

I HEREBY WAIVE (GIVE UP) MY RIGHT TO A(N):

☐ identity hearing

☐ preliminary hearing

☒ identity hearing and have been informed I have no right to a preliminary hearing

☐ identity hearing but request a preliminary hearing be held in the prosecuting district and, therefore, consent to the issuance of an order requiring my appearance in the prosecuting district where the charge is pending against me.

_____
JAMES B. PANTHER, Jr.
Defendant

_____
Defense Counsel

7/2/19
_____
Date

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA  *SEALED*

UNITED STATES OF AMERICA )
vs )
James B. Panther, Jr. )
)
)
)
)

CASE NUMBER 19mj1703-RBB

ABSTRACT OF ORDER

Booking No. 74682298

TO THE UNITED STATES MARSHAL AND / OR WARDEN, METROPOLITAN CORRECTIONAL CENTER:

Be advised that under date of 4/30/19 the Court entered the following order:

___X___ Defendant be released from custody.

_____ Defendant placed on supervised / unsupervised probation / supervised release.

_____ Defendant continued on supervised / unsupervised probation / supervised release.

___X___ Defendant released on $ 200,000 Real Property bond posted.

_____ Defendant appeared in Court. FINGERPRINT & RELEASE.

_____ Defendant remanded and ( _____ bond) ( _____ bond on appeal) exonerated.

_____ Defendant sentenced to TIME SERVED, supervised release for _____ years.

_____ Bench Warrant Recalled.

_____ Defendant forfeited collateral.

_____ Case dismissed.

_____ Case dismissed, charges pending in case no. _____

_____ Defendant to be released to Pretrial Services for electronic monitoring.

_____ Other. _____

Received _____ DUSM

Michael S. Berg
UNITED STATES DISTRICT/MAGISTRATE JUDGE

OR

JOHN MORRILL          Clerk
by /s/

Deputy Clerk M. Rutledge

x66695

Crim-9 (Rev. 8-11)

★ U.S. GPO: 1996-783-398/40151

CLERK'S COPY

# UNITED STATES DISTRICT COURT
## for the
## Southern District of California

| United States of America | ) |
|---|---|
| v. | ) |
| James B. Panther, Jr. | ) Case No. 3:19-mj-01703-RBB |
| *Defendant* | ) |

**FILED**
APR 26 2019
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY RIG    DEPUTY

**SEALED**

## PRETRIAL RELEASE ORDER

IT IS ORDERED that the defendant's release is subject to these conditions:

### Mandatory Conditions

(1) The defendant must not violate federal, state, or local law during the period of release.
(2) The defendant must cooperate in the collection of a DNA sample as authorized by 42 U.S.C. § 14135a.

### Standard Conditions
*(Each Standard Condition applies, unless stricken.)*

(3) The defendant must appear in court as ordered and surrender as directed to serve any sentence.
(4) The defendant must not possess or attempt to possess a firearm, destructive device, or other dangerous weapon. The defendant must legally transfer all firearms, as directed by Pretrial Services.
(5) The defendant must not use or possess a narcotic drug or other controlled substance without a lawful medical prescription. The defendant must not use or possess marijuana under any circumstances.
(6) The defendant must report to the U.S. Pretrial Services Office (telephone (619) 557-5738) on the day of the initial court appearance or within 24 hours of the defendant's release from custody, whichever is later. Throughout this case, the defendant must report as directed by the Pretrial Services Office and follow all directions of the Pretrial Services Office.
(7) The defendant must advise the Court or the Pretrial Services Office in writing of: (1) the defendant's current residence address and phone number, when first reporting to Pretrial Services; and (2) any new contact information, before making any change of residence or phone number.
(8) The defendant must read this Pretrial Release Order and the "Advice of Penalties and Sanctions" form, or have them read to the defendant in the defendant's native language. The defendant must acknowledge the defendant's understanding of all the pretrial release conditions and the penalties and sanctions for any violations, by signing the "Advice of Penalties and Sanctions" form.
(9) Restrict travel to: ☒ San Diego County ☒ Imperial County ☐ State of California
☒ CDCA (L.A., Orange, Riverside, San Bernardino, S.L.O., Santa Barbara, Ventura) [struck through]
☒ Do not enter Mexico ☒ Other Travel Restriction: District of Arizona and all points in between for the purpose of court proceedings.

### Additional Conditions

(10) ☐ (a) The defendant is released on personal recognizance.
☒ (b) The defendant must execute an appearance bond in the amount of $ 50,000 that is:
☐ Unsecured.
☒ Secured, as set forth below. The Court finds that an unsecured bond will not reasonably assure the defendant's appearance as required and/or will endanger the safety of another person or the community.
Security: ☒ The co-signatures of 1 financially responsible (and (related)) adults or _____.
☐ A cash deposit with the Court of $ _____.
☐ A trust deed to the United States on real property approved by a federal judge.
☐ A cash bond and/or a bail bond by an approved, solvent corporate surety. A corporate bail bond must cover all conditions of release, not just appearances.
☐ Other: FRA to provide housing/transportation expenses for Defendant.
Hearing: ☐ Surety examination ☐ Nebbia hearing (bail source hearing)

(11) ☐ 18 U.S.C. § 3142(d) hold until _____; if no detainer is lodged by then, these conditions take effect.

7

(12) The defendant must:

☐ (a) actively seek or continue full-time employment, or schooling, or a combination of both.

☒ (b) reside with    (☐) a family member, surety, or _____, or
(☒) at a residence approved by the Pretrial Services Office, including any contract facility.

☒ (c) surrender any valid passport to the Pretrial Services Office and not obtain a passport or other international travel document.

☐ (d) clear all warrants/FTAs and pay all fines within 90 days of release or as directed by the Pretrial Services Office.

☐ (e) submit to psychological/psychiatric treatment at Pretrial Services' discretion.

☐ (f) submit to drug/alcohol testing no more than ___ times per month and/or outpatient substance abuse therapy and counseling, as directed by the Pretrial Services Office. Testing may include urine testing, the wearing of a sweat patch, a remote alcohol testing system, and/or any form of prohibited substance screening or testing. Pretrial Services need not notify the Court of test results attributed to residual elimination.

☐ (g) not use alcohol at all.

☐ (h) not have a blood alcohol content (BAC) of .08% or more.

☐ (i) participate in and complete a program of inpatient substance abuse therapy and counseling, as directed by the Pretrial Services Office.

☐ (j) avoid all contact, directly or indirectly, with any person who is or may be a victim or witness in the investigation or prosecution, including: _____

☐ (k) participate in the Location Monitoring Program and comply with its requirements as directed under the following component and technology:

  ☐ (i) **Curfew.** You are restricted to your residence  (☐) every day from _____ to _____, or (☐) as directed by the pretrial services office or supervising officer.

  ☐ (ii) **Home Detention.** You are restricted to your residence at all times except for Pretrial Services-approved absences for: employment; education; religious services; medical, substance abuse, or mental health treatment; attorney visits; court appearances; Court-ordered obligations; or other activities.

  ☐ (iii) **Home Incarceration.** You are restricted to 24-hour-a-day lock-down at your residence except for Court-approved absences for medical necessities, court appearances, or other activities.

  Technology: ☐ Global Positioning System (GPS)   ☐ Radio Frequency   ☐ Voice Recognition

  ☐ You must pay all or part of the cost of the program based on your ability to pay as determined by the pretrial services officer.

  ☐ Defense counsel must notify Pretrial Services upon submission of bond paperwork; defendant to be released from custody to Pretrial Services the following business day by 10:00 a.m. and Pretrial Services to transport if needed.

☐ (l) return to custody each _____ at _____ AM/PM after being released at _____ AM/PM for employment, schooling, or the following purposes: _____

☐ (m) maintain residence at a halfway house, community corrections center, or residential facility, as the Pretrial Services Office or supervising officer considers necessary.

☐ (n) remain in the custody of _____, who will supervise the defendant and notify the Court immediately if the defendant violates any conditions of release.

☐ (o) **Adam Walsh Act:** See attached Addendum for additional conditions.

☒ (p) Other conditions: bail conditions stayed until close of business Monday, April 29, 2019

(13) ☐ All conditions previously set will remain the same.
Dated: 4/26/2019

*Mitchell D. Dembin*
Honorable Mitchell D. Dembin
United States Magistrate Judge

# U.S. District Court
## Southern District of California (San Diego)
## CRIMINAL DOCKET FOR CASE #: 3:19-mj-01703-RBB-1 *SEALED*
### Internal Use Only

Case title: USA v. Panther                                Date Filed: 04/26/2019

Assigned to: Magistrate Judge Ruben B. Brooks

### Defendant (1)

**James B. Panther, Jr.**
74682298
*also known as*
James Suqui
*also known as*
James Suquilanda

| Pending Counts | Disposition |
|---|---|
| None | |

| Highest Offense Level (Opening) |
|---|
| None |

| Terminated Counts | Disposition |
|---|---|
| None | |

| Highest Offense Level (Terminated) |
|---|
| None |

| Complaints | Disposition |
|---|---|
| 28:2461(c); 18:1349, 1348, 1956(h), 1957, 981(a)(1)(c), 982 - Conspiracy to Commit Securities Fraud and Wire Fraud, Money Laundering; Securities Fraud, Conspiracy to Commit Money Laundering | |

### Plaintiff

| | |
|---|---|
| USA | represented by **U S Attorney CR**<br>U S Attorneys Office Southern District of |

California
Criminal Division
880 Front Street
Room 6293
San Diego, CA 92101
(619)557-5610
Fax: (619)557-5917
Email: Efile.dkt.gc2@usdoj.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: Assistant United States Attorney*

| Date Filed | # | Docket Text |
|---|---|---|
| 07/02/2019 | 22 | Minute Entry for proceedings held before Magistrate Judge Ruben B. Brooks: Removal/ID Hearing as to James B. Panther, Jr held on 7/2/2019. Waiver of ID/Removal filed. Order of removal filed. Deft ordered to report to District of AZ in Phoenix on 7/11/19 @ 3:00pm before Magistrate Judge Michelle Burns. (CD# 7/2/2019 RBB19-1:1015-1019). (Plaintiff Attorney Karla Davis, AUSA). (Defendant Attorney Christopher Morris, S/A). (no document attached) (vtl) (Entered: 07/02/2019) |
| 07/02/2019 | 21 | WAIVER of Rule 5(c)(3) Hearing by James B. Panther, Jr (no document attached) (anh)(anh-v) (Entered: 07/02/2019) |
| 07/02/2019 | 20 | WARRANT of Removal to District of Arizona Issued as to James B. Panther, Jr. (no document attached) (anh-v) (Entered: 07/02/2019) |
| 06/27/2019 | 19 | Acknowledgment of next court date by Christopher Morris as to defendant James B. Panther, Jr to appear on July 2, 2019. (no document attached) (anh)(anh-v) (Entered: 06/28/2019) |
| 06/27/2019 | 18 | Acknowledgment of next court date by defendant James B. Panther, Jr to appear on 7/2/2019. (no document attached) (anh)(anh-v) (Entered: 06/28/2019) |
| 06/19/2019 | 17 | NOTICE OF CHANGE OF HEARING as to Defendant James B. Panther, Jr. Removal/ID Hearing reset for 7/2/2019 09:00 AM before Magistrate Judge Ruben B. Brooks at the request of counsel. (Counsel to file acknowledgment of next Court date by close of business). (no document attached) (vtl) (Entered: 06/19/2019) |
| 06/06/2019 | 16 | Acknowledgment of next court date by defendant James B. Panther, Jr (no document attached) (anh)(anh-v) (Entered: 06/06/2019) |
| 06/03/2019 | 14 | NOTICE OF HEARING as to Defendant James B. Panther, Jr. Removal/ID Hearing cont to 6/20/2019 09:00 AM before Magistrate Judge Ruben B. Brooks at the request of defense counsel. Counsel to file acknowledgment of next court date by close of business on 6/5/19. (no document attached) (vtl) (Entered: 06/03/2019) |
| 05/29/2019 | 15 | Acknowledgment of next court date by defendant James B. Panther, Jr to appear on 6/4/2019. (no document attached) (anh)(anh-v) (Entered: 06/05/2019) |

| | | |
|---|---|---|
| 05/22/2019 | 13 | NOTICE OF CHANGE OF HEARING as to Defendant James B. Panther, Jr. At the request of defense counsel, Removal/ID Hearing reset for 6/4/2019 09:00 AM before Magistrate Judge Ruben B. Brooks. (no document attached) (vtl) (Entered: 05/22/2019) |
| 05/09/2019 | 12 | Minute Entry for proceedings held before Magistrate Judge Stanley A. Boone: Government oral motion to unseal for today's proceedings is granted. Status Hearing re Removal/ID Hearing as to James B. Panther, Jr (present on bond) held on 5/9/2019. Defense counsel oral motion to modify conditions of release for defendant to have extended travel to the Central District; Granted. Defense counsel request to continue Removal/ID Hearing; Granted. Removal/ID Hearing set for 5/23/2019 09:00 AM before Magistrate Judge Ruben B. Brooks. Excludable(s) started as to James B. Panther, Jr: XT - Continuances granted 05/09/19 to 05/23/19. Court orders the case resealed. (CD# 5/9/2019 SAB 19: 3:09-3:17). (Plaintiff Attorney Davis Loop, AUSA). (Defendant Attorney Christopher Morris, S/A). (no document attached) (dxj) (Entered: 05/10/2019) |
| 05/08/2019 | 11 | NOTICE OF CHANGE OF HEARING as to Defendant James B. Panther, Jr. Removal/ID Hearing reset for 5/9/2019 02:00 PM before Magistrate Judge Stanley A. Boone. (no document attached) (vtl) (Entered: 05/08/2019) |
| 04/30/2019 | 10 | ABSTRACT OF ORDER Releasing James B. Panther, Jr. (no document attached) (anh) (Entered: 05/01/2019) |
| 04/30/2019 | 9 | Appearance Bond Filed as to James B. Panther, Jr in amount of $ $200,000 Trust Deed, (Document applicable to USA, James B. Panther, Jr.) (no document attached) (anh)(anh-v) (Entered: 05/01/2019) |
| 04/30/2019 | 8 | Modified ORDER Setting Conditions of Release. Bond set for James B. Panther Jr. (1) $200,000 Trust Deed.. Signed by Magistrate Judge Michael S. Berg on 4/30/2019. (no document attached) (anh) (Entered: 05/01/2019) |
| 04/30/2019 | 6 | Minute Entry for proceedings held before Magistrate Judge Michael S. Berg:Bond Modification Hearing as to James B. Panther, Jr held on 4/30/2019. Joint request to modify bond to $200,000 secured by the real property of defendant's parents. All other terms remain the same. Bond signed by Judge Berg and Abstract Issued to USM. ***Government motion to unseal case for purposes of this hearing ONLY is granted. Case ordered resealed. *** (CD# 4/30/2019 MSB19-206-214). (Plaintiff Attorney Davis Loop, AUSA - S/A). (Defendant Attorney Christopher Morris, S/A). (no document attached) (mmr) (Entered: 04/30/2019) |
| 04/29/2019 | 5 | NOTICE OF HEARING as to Defendant James B. Panther, Jr. At the joint request of Counsel, Bond Hearing set for 4/30/2019 at 01:30 PM before Magistrate Judge Mitchell D. Dembin. (no document attached) (nbp) (Entered: 04/29/2019) |
| 04/26/2019 | 7 | ORDER Setting Conditions of Release. Bond set for James B. Panther Jr. (1) 50,000 PS.. Signed by Magistrate Judge Mitchell D. Dembin on 4/26/2019. (no document attached) (anh) (Entered: 05/01/2019) |
| 04/26/2019 | 4 | ***English. No Interpreter needed as to James B. Panther, Jr (no document attached) (aje) (Entered: 04/29/2019) |
| 04/26/2019 | 3 | Minute Entry for proceedings held before Magistrate Judge Mitchell D. Dembin: Government oral motion to unseal for today's proceedings is granted. Initial |

| | | |
|---|---|---|
| | | Appearance - Out of District Complaint as to James B. Panther, Jr held on 4/26/2019. Attorney Christopher S. Morris makes a special appearance. Bond set as to James B. Panther Jr. (1) $50,000 PS secured by 1 FRA. Bail conditions are stayed until 4/29/19 COB. Court orders the case resealed. ( Removal/ID Hearing set for 5/9/2019 09:00 AM before Magistrate Judge Ruben B. Brooks.) (CD# 4/26/2019 MDD 19-1:2:08-2:23;2:38-2:39). (Plaintiff Attorney Kristy Milton AUSA). (Defendant Attorney Christopher S. Morris S/A). (no document attached) (aje) (Entered: 04/29/2019) |
| 04/26/2019 | 2 | Set/Reset Duty Hearings as to James B. Panther, Jr: Initial Appearance - ODC set for 4/26/2019 before Magistrate Judge Mitchell D. Dembin. (no document attached) (mxn) (Entered: 04/26/2019) |
| 04/26/2019 | 1 | SEALED OUT OF DISTRICT COMPLAINT as to James B. Panther, Jr. Redacted Indictment from District of Arizona attached to the ODC. (no document attached) (jjg) (anh-v). Modified on 4/26/2019 to include additional information regarding the redaction document(rla). (Entered: 04/26/2019) |
| 04/25/2019 | | Arrest of James B. Panther, Jr (no document attached) (jjg) (Entered: 04/26/2019) |