**MAGISTRATE JUDGE'S MINUTES**
**IN THE UNITED STATES DISTRICT COURT**
**DISTRICT OF ARIZONA – PHOENIX**

| | |
|---|---|
| **U.S. Magistrate Judge:** Michelle H. Burns | **Date:** July 11, 2019 |
| **USA v.** James B. Panther, Jr. | **Case Number:** CR-19-00448-002-PHX-DLR |

**Assistant U.S. Attorney:** Tracee J. Plowell
**Attorney for Defendant:** Dennis Burke and Mark Kokanovich, Retained
**Interpreter:** N/A
**Defendant:** ☒ Present  ☐ Not Present  ☒ Released  ☐ Custody  ☐ Summons  ☐ Writ
Restraint Level

**INITIAL APPEARANCE:**
☒ Held
Notice of Appearance filed.

**ARRAIGNMENT HEARING:**
☒ Held
Plea of NOT guilty entered to all pending counts.
**TRIAL: Tuesday, September 3, 2019 at 9:00 a.m. before the Honorable Douglas L. Rayes, courtroom 606.**
**PRETRIAL MOTIONS DEADLINE: 21 days.**

☒ **OTHER:** The Government moves to unseal the case and moves to exclude any time when the defendant was in removal proceedings in the Southern District of California. Motion to unseal GRANTED. As to the oral motion to exclude time, the Court denies the Government's oral motion without prejudice. The Government is directed to file a Motion on the issue and defense counsel may file a response.

| | |
|---|---|
| **Recorded By** Courtsmart | **IA**   3 min |
| **Deputy Clerk** Molly Frasher | **ARR** 1 min |
| | **Start:** 3:05 pm |
| | **Stop:**  3:09 pm |