Mark Kokanovich (021168)
kokanovichm@ballardspahr.com
Dennis K. Burke (012076)
burked@ballardspahr.com
BALLARD SPAHR LLP
1 East Washington Street, Suite 2300
Phoenix, AZ 85004-2555
Telephone:   602.798.5400
Facsimile:   602.798.5595
*Attorneys for Defendant James B. Panther*

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>James B. Panther,<br><br>　　　　Defendant. | NO. CR-19-00448-PHX-DLR-2<br><br>**MOTION TO CONTINUE TRIAL**<br><br>**(FIRST REQUEST)** |

Defendant, through undersigned counsel of record, hereby moves this Court to enter an Order continuing the current trial date of September 3, 2019 for a period of approximately ninety (90) days based upon grounds set forth herein.

This case concerns a multi-defendant securities conspiracy case whose allegations involve multiple districts and international activity. Discovery is not yet complete, and it is anticipated that the forthcoming materials will be voluminous, such that substantial time is needed for the effective preparation of a defense and to prepare for trial.

Tracee Plowell, Assistant Chief of the Fraud Section for the United States Department of Justice, has authorized the undersigned to convey to the Court that she has no objection to the instant request.

*///*

*///*

*///*

*///*

DMWEST #38082715 v1

It is expected that excludable delay under 18 U.S.C. §3161(h)(7) will occur as a result of the Court's granting of this request or an Order based thereon.

RESPECTFULLY SUBMITTED this 29th day of July, 2019.

BALLARD SPAHR LLP

By: /s/ Mark Kokanovich
Mark Kokanovich
Dennis K. Burke
1 East Washington Street, Suite 2300
Phoenix, AZ 85004-2555
Attorneys for Defendant James B. Panther

**CERTIFICATE OF SERVICE**

I certify that on the 29th day of July, 2019, I electronically transmitted a PDF version of this document to the Office of the Clerk of the Court, using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to all CM/ECF registrants listed for this matter.

By: /s/ Sarah Gennett

DMWEST #38082715 v1

3