# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America, | No. CR-19-00448-002-PHX-DLR |
| Plaintiff, | **ORDER** |
| v. | |
| James B. Panther, Jr., | |
| Defendant. | |

Pending before this Court is the United States of America's Motion for Speedy Trial Calculation (Doc. 20). Defendant has not filed a response.

The Motion will be denied as moot. Pursuant to 18 U.S.C. § 3161(c)(1), the Speedy Trial Act, a defendant's trial must begin within 70 days of either (1) the filing date of the charging document, or (2) the date a defendant first appears before a judicial officer of the court where the charge is pending, whichever date occurs later. Defendant first appeared in this Court on July 11, 2019. At the time, trial was set for September 3, 2019, well within the speedy trial deadline. On July 30, 2019, the trial court granted Defendant's Motion to Continue trial, and continued the trial until December 3, 2019. (Doc. 23.) Time was excluded. (Id.)

Wherefore,

IT IS ORDERED denying as moot the United States of America's Motion for Speedy Trial Calculation (Doc. 20).

Dated this 8th day of August, 2019.

Honorable Michelle H. Burns
United States Magistrate Judge