# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America,<br><br>　　　　　　Plaintiff,<br><br>v.<br><br>James B. Panther, Jr.,<br><br>　　　　　　Defendant. | No. CR-19-00448-002-PHX-DLR<br><br>**ORDER**<br><br>**(COMPLEX CASE)** |

Upon motion of the Defendant, noting the concurrence of the Government in the request, and good cause appearing,

**IT IS ORDERED** that the Motion to Designate Case as Complex, Continue the Trial Date and Set a Status Conference (Doc. 25) pursuant to Local Rule 16.2 is granted.

**IT IS FURTHER ORDERED** that the parties shall appear for a Scheduling Conference in this case on **November 12, 2019 at 1:30 p.m.** to address the dates by when various pleadings and other submissions must be exchanged among the parties and/or filed with the Court.

**IT IS FURTHER ORDERED** that the parties are to submit a joint proposed scheduling report no later than **Noon, November 5, 2019** outlining deadlines for document and witness disclosure, for motions and for trial to which there is agreement.  If there are deadlines for which there is not agreement, each party will state a proposed deadline and the justification.

Dated this 22nd day of October, 2019.

Douglas L. Rayes
United States District Judge