Mark Kokanovich (021168)
kokanovichm@ballardspahr.com
Dennis K. Burke (012076)
burked@ballardspahr.com
BALLARD SPAHR LLP
1 East Washington Street, Suite 2300
Phoenix, AZ 85004-2555
Telephone:  602.798.5400
Facsimile:   602.798.5595
*Attorneys for Defendant James B. Panther*

Ballard Spahr LLP
1 East Washington Street, Suite 2300
Phoenix, AZ 85004-2555
Telephone: 602.798.5400

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America,<br><br>  Plaintiff,<br><br>vs.<br><br>James B. Panther,<br><br>  Defendant. | NO. CR-19-00448-PHX-DLR-2<br><br>**MOTION TO MODIFY RELEASE CONDITIONS** |

Pursuant to 18 U.S.C. § 3142, Defendant respectfully requests that the Court modify the conditions of his release in order to allow travel throughout the United States for his new position as National Sales Manager of a salon product distributor.

In April 2019, Judge Michael S. Berg entered an Order in the Southern District of California granting Defendant release subject to certain conditions, including that he not travel outside Central and Southern California, except for travel to and from the District of Arizona for criminal proceedings. Docket No. 15. Defendant now moves to modify the travel condition to allow him to travel as required for his job.

Tracee Plowell, Assistant Chief of the Fraud Section for the United States Department of Justice, has authorized the undersigned to convey to the Court that she has no objection to the instant request. Similarly, Defendant's Pretrial Services Officer raises no objection and requests only that Defendant provide advance notice of each trip in the form of an itinerary.

DMWEST #38341899 v1

In crafting release conditions, the Court must ensure that the conditions imposed are the "least restrictive" conditions that will "reasonably assure the appearance of the person as required and the safety of any other person and the community." 18 U.S.C. § 3142(c)(B). Once a judge enacts the release conditions, under section 3142(g), a "district court has the authority to approve the modification of pretrial release conditions mindful of the factors set forth in 18 U.S.C. 3142(g)." *United States v. Smith*, No. 12-CR-1298-PHX-GMS, 2012 U.S. Dist. LEXIS 124187 at *7 (D. Ariz. Aug. 31, 2012). The four factors that a court must consider are:

> (1) The nature and circumstances of the offense charged, including whether the offense is a crime of violence . . .; (2) the weight of the evidence against the person; (3) the history and characteristics of the person; and (4) the nature and seriousness of the danger to any person or the community that would be posed by the person's release."

18 U.S.C. § 3142(g).

The weight afforded to each of these factors is within the Court's discretion, but the Court must analyze the factors with the ultimate goal of crafting the least restrictive conditions necessary. *Smith*, 2012 U.S. Dist. LEXIS 124187 at *8 (D. Ariz. Aug. 31, 2012).

Based on the factors of § 1342(g), Defendant's appearance at court proceedings could be reasonably assured through less stringent travel restrictions than those imposed by Judge Berg. His alleged offense was non-violent and he poses no danger to anyone. And in examining the "the person's character, physical and mental condition, family ties, employment, financial resources, length of residence in the community, [and] community ties" as required by § 1342(g)(3), the Court should note that Defendant has close ties with his family and his community. Defendant has lived in the San Diego area nearly his entire life, where he and his wife now raise their two young children.

In order to continue providing financially for himself and his family, Defendant respectfully requests that the Court modify his current release conditions to allow work-related travel throughout the United States.

/ / /

/ / /

RESPECTFULLY SUBMITTED this 1st day of November, 2019.

BALLARD SPAHR LLP

By: s/ Mark Kokanovich
Mark Kokanovich
Dennis K. Burke
1 East Washington Street, Suite 2300
Phoenix, AZ 85004-2555
*Attorneys for Defendant James B. Panther*

## **CERTIFICATE OF SERVICE**

I certify that on the 1st day November, 2019, I electronically transmitted the foregoing document to the U.S. District Court for the District of Arizona Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to all CM/ECF registrants.

s/ Sarah Gennett

DMWEST #38341899 v1

3