ROBERT ZINK
Chief, Fraud Section
U.S. Department of Justice, Criminal Division

TRACEE PLOWELL
Assistant Chief, Fraud Section, Criminal Division
MICHELLE PASCUCCI
Trial Attorney, Fraud Section, Criminal Division
U.S. Department of Justice
1400 New York Ave., N.W., 3rd floor
Washington, D.C.  20530
Telephone (202) 616-1668
Email: Tracee.Plowell@usdoj.gov
Email: Michelle.Pascucci@usdoj.gov

Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| United States of America vs. James B. Panther, Jr., a/k/a "James Suqui" and "James Suquilanda," and Defendant. | Case No.  CR-19-00448-PHX-DLR-2 **JOINT MOTION FOR SCHEDULING ORDER** |
|---|---|

The United States of America, by and through undersigned counsel, with the consent of Defendants, and in accordance with the Court's Order dated October 22, 2019, hereby submits this Joint Motion for Scheduling Order and accompanying proposed order for the Court's consideration.  The parties believe that the proposed dates identified below are reasonable, will provide sufficient time to prepare for trial, and will not needlessly delay the proceedings.  Accordingly, the parties respectfully ask the Court to enter an order imposing the filing deadlines identified herein.

**JOINT PROPOSED SCHEDULING ORDER**

**A. Close of Government's Discovery:**

1. Government's compliance with Rule 16 discovery: November 15, 2019
2. Government's expert disclosures, if any: January 22, 2020
3. Government's Rule 404(b) notification, if any: February 3, 2020
4. Government's production of *Jencks* material: February 28, 2020
5. Government's rebuttal expert disclosure, if any: February 28, 2020

**B. Close of Defendant's Discovery:**

1. Close of reciprocal Rule 16 discovery: January 15, 2020
2. Rebuttal and/or initial expert disclosures: February 3, 2020
3. Production of Rule 26.2 material, if any: March 6, 2020

**C. Motions Deadlines:**

1. Pretrial substantive motions: January 6, 2020
2. Responses to substantive motions: January 20, 2020
3. Replies, if any: January 27, 2020
4. Hearing on substantive motions: TBD

**D. Other submissions:**

1. Proposed jury questionnaires, if any: March 2, 2020
2. Proposed voir dire questions: March 2, 2020
3. Submission of joint statement of case: March 2, 2020
4. Joint proposed jury instructions: March 2, 2020
5. Joint proposed verdict form: March 2, 2020
6. Motions in limine: February 24, 2020
7. Responses to motions in limine: March 2, 2020
8. Hearing on motions in limine: TBD
9. Disclosure of summary charts: March 6, 2020
10. Disclosure of final exhibit and witness lists: March 6, 2020
11. Final pretrial conference: March 9, 2020

E.  **Jury trial (estimate 3-4 weeks):**                                         March 16, 2020


                                                    Respectfully submitted,


                                                    ROBERT ZINK
                                                    Chief, Fraud Section
                                                    Criminal Division
                                                    U.S. Department of Justice


                                            By:     *s/ Tracee J. Plowell*
                                                    Tracee J. Plowell, Assistant Chief
                                                    Michelle Pascucci, Trial Attorney


## CERTIFICATE OF SERVICE

I hereby certify that on this 4th day of November, 2019, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the following CM/ECF registrants:

Dennis Kieran Burke, and Mark Samuel Kokanovich
Attorneys for Defendants


*s/ Tracee J. Plowell*
Attorney for the United States