# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America,<br><br>　　　　　Plaintiff,<br><br>v.<br><br>James B. Panther, Jr.,<br><br>　　　　　Defendant. | No. CR-19-00448-002-PHX-DLR<br><br>**ORDER** |

Upon motion of the Defendant, with no objection from the Government or Pretrial Services, and good cause appearing,

**IT IS ORDERED** granting Defendant's Motion to Modify Release Conditions (Doc. 27). The Order Setting Conditions of Release (Doc. 15) entered by Magistrate Judge Michael S. Berg in the Southern District of California shall be modified to allow Defendant to travel throughout the United States for employment purposes only; and that Defendant shall provide an itinerary of his trips or otherwise communicate his plans in a way that keeps his pretrial services officer informed prior to any travel.

Dated this 5th day of November, 2019.

Douglas L. Rayes
United States District Judge