# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America,<br><br>        Plaintiff,<br><br>v.<br><br>James B. Panther, Jr.,<br><br>        Defendant. | No. CR-19-00448-002-PHX-DLR<br><br>**SCHEDULING ORDER** |

Pursuant to the Scheduling Conference held on November 12, 2019,

IT IS ORDERED that the following schedule shall govern all proceedings in this case:

    **Trial date: June 16, 2020, at 9:00 a.m.**

    **Final Pretrial Conference: April 27, 2020, at 1:30 p.m.**

    **Status Conference: March 16, 2020, at 1:30 p.m.**

    **Discovery and Disclosure Deadlines:**

1. Government's compliance with Rule 16 discovery (except initial expert witness disclosures): **November 15, 2019**
2. Government's initial expert witness disclosure: **January 22, 2020**
3. Government's Rule 404(b) notification: **February 3, 2020**
4. Defendants' close of reciprocal Rule 16 discovery: **January 15, 2020**
5. Defendants' expert witness disclosure: **February 3, 2020**
6. Government's rebuttal expert witness disclosure: **February 28, 2020**

7. Government's disclosure of *Jencks* Act material and witness impeachment material: **February 28, 2020**

8. Defendants' disclosure of Rule 26.2 material: **March 6, 2020**

**Motions Deadlines:**

1. Substantive Motions deadline [all motions except Motions in Limine]: **January 6, 2020**

2. Responses to substantive motions: **January 20, 2020**

3. Replies, if any: **January 27, 2020**

4. Hearing on substantive motions: **TBD**

**Trial Submissions:**

1. Proposed jury questionnaires, if any: **March 2, 2020**

2. Proposed voir dire questions: **March 2, 2020**

3. Joint statement of case: **March 2, 2020**

4. Joint proposed jury instructions: **March 2, 2020**

5. Joint proposed verdict form: **March 2, 2020**

6. Motions in Limine: **February 24, 2020**

7. Responses to Motions in Limine: **March 2, 2020**

   **No replies are to be filed.**

8. Disclosure of summary charts: **March 6, 2020**

9. Disclosure of final exhibit and witness lists: **March 6, 2020**

Excludable delay under 18 U.S.C. §3161 will commence on 12/4/2019, through 6/16/2020.

Dated this 12th day of November, 2019.

Douglas L. Rayes
United States District Judge