Tracee Plowell, Assistant Chief (N.Y. Attorney Registration #2994457)
Tracee.Plowell@usdoj.gov
Michelle Pascucci, Trial Attorney (Mass. Board of Bar Overseers #690889)
Michelle.Pascucci@usdoj.gov
Fraud Section, Criminal Division
U.S. Department of Justice
1400 New York Avenue NW
Washington, DC 20005
202-616-1668 (Plowell) / 202-307-2208 (Pascucci)

*Attorneys for the United States*

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America | Case No. CR-19-00448-PHX-DLR-2 |
| vs. | **JOINT MOTION TO CONTINUE DEADLINES** |
| James B. Panther, Jr., a/k/a "James Suqui" and "James Suquilanda," and | |
| Defendant. | |

The undersigned parties, by their respective attorneys, hereby submit this Motion to Continue Deadlines and accompanying proposed order for the Court's consideration. The parties are in the process of negotiating a disposition in this case which would eliminate the need for a trial. The parties respectfully request that the Court enter the attached order extending upcoming deadlines by four weeks so that the parties may continue negotiations. The parties do not seek to reschedule the trial date. If the negotiations fail, the parties will proceed to trial as scheduled on June 16, 2020.

## JOINT PROPOSED REVISED SCHEDULING ORDER

1. Government's production of *Jencks* material:          March 27, 2020

2. Defendant's Production of Rule 26.2 material, if any:  April 3, 2020

3. Proposed jury questionnaires, if any:                  March 30, 2020

4. Proposed voir dire questions:                          March 30, 2020

5. Submission of joint statement of case:                 March 30, 2020

6. Joint proposed jury instructions:                      March 30, 2020

7. Joint proposed verdict form:                           March 30, 2020

8. Motions in limine:                                     March 23, 2020

9. Responses to motions in limine:                        March 30, 2020

10. Hearing on motions in limine:                         TBD

11. Disclosure of summary charts:                         April 3, 2020

12. Disclosure of final exhibit and witness lists:        April 3, 2020

Respectfully submitted,

FOR PLAINTIFF                          FOR DEFENDANT
UNITED STATES OF AMERICA               JAMES B. PANTHER, JR.


By:  _____/s/_____          By:  _____/s/_____
     Tracee Plowell, Assistant Chief       Dennis Burke, Esq.
     Michelle Pascucci, Trial Attorney     Mark Kokanovitch, Esq.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that, on February 11, 2020, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF, which will send notification to counsel of record.

Respectfully submitted,

BY:   */s/ Michelle Pascucci*