IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America, | No. CR-19-00448-002-PHX-DLR |
| Plaintiff, | **AMENDED SCHEDULING ORDER** |
| v. | |
| James B. Panther, Jr., | |
| Defendant. | |

Having considered the parties' Joint Motion to Continue Deadlines, and good cause appearing;

IT IS ORDERED granting the Joint Motion to Continue Deadlines (Doc. 34), and the following deadlines are hereby amended:

**Discovery and Disclosure Deadlines:**

1. Government's disclosure of *Jencks* Act material and witness impeachment material: **March 27, 2020**

8. Defendants' disclosure of Rule 26.2 material: **April 3, 2020**

**Trial Submissions:**

1. Proposed jury questionnaires, if any: **March 30, 2020**
2. Proposed voir dire questions: **March 30, 2020**
3. Joint statement of case: **March 30, 2020**
4. Joint proposed jury instructions: **March 30, 2020**
5. Joint proposed verdict form: **March 30, 2020**

1. 6. Motions in Limine: **March 23, 2020**
2. 7. Responses to Motions in Limine: **March 30, 2020**
3. **No replies are to be filed.**
4. 8. Hearing on Motions in limine: **April 27, 2020, at 1:30 p.m.**
5. 9. Disclosure of summary charts: **April 3, 2020**
6. 10. Disclosure of final exhibit and witness lists: **April 3, 2020**

All other hearings and deadlines established in the Court's November 12, 2019, Scheduling Order (Doc. 31) shall remain in effect.

No excludable delay shall occur as a result of this Order.

Dated this 12th day of February, 2020.

Douglas L. Rayes
United States District Judge