1  Mark Kokanovich (021168)
   kokanovichm@ballardspahr.com
2  Dennis K. Burke (012076)
   burked@ballardspahr.com
3  BALLARD SPAHR LLP
   1 East Washington Street, Suite 2300
4  Phoenix, AZ 85004-2555
   Telephone:   602.798.5400
5  Facsimile:    602.798.5595
   *Attorneys for Defendant James B. Panther*

6

7                  IN THE UNITED STATES DISTRICT COURT

8                     FOR THE DISTRICT OF ARIZONA

9

10  United States of America,
                                              NO. CR-19-00448-PHX-DLR-2
11               Plaintiff,
                                              **MOTION TO WAIVE DEFENDANT'S
12         vs.                                APPEARANCE AT STATUS
                                              CONFERENCE**
13  James B. Panther,

14               Defendant.

15

16         Defendant, through undersigned counsel, hereby respectfully requests this Court

17  waive his appearance at the Status Conference scheduled for March 16, 2020 at 1:30 p.m.

18  Counsel Dennis Burke shall appear on behalf of Defendant.

19         RESPECTFULLY SUBMITTED this 16th day of March, 2020.

20                                  BALLARD SPAHR LLP

21

22                                  By: /s/ Dennis K. Burke
                                        Mark Kokanovich
23                                      Dennis K. Burke
                                        1 East Washington Street, Suite 2300
24                                      Phoenix, AZ 85004-2555
                                        *Attorneys for Defendant James B. Panther*

25

26

27

28

Ballard Spahr LLP
1 East Washington Street, Suite 2300
Phoenix, AZ 85004-2555
Telephone: 602.798.5400

DMWEST #39996442 v1

# **CERTIFICATE OF SERVICE**

I certify that on the 16th day of March, 2020, I electronically transmitted the foregoing document to the U.S. District Court for the District of Arizona Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to all CM/ECF registrants.

/s/ Catherine M. Weber

Ballard Spahr LLP
1 East Washington Street, Suite 2300
Phoenix, AZ 85004-2555
Telephone: 602.798.5400

DMWEST #39996442 v1

2