Tracee Plowell, Assistant Chief (N.Y. Attorney Registration #2994457)
Tracee.Plowell@usdoj.gov
Michelle Pascucci, Trial Attorney (Mass. Board of Bar Overseers #690889)
Michelle.Pascucci@usdoj.gov
Fraud Section, Criminal Division
U.S. Department of Justice
1400 New York Avenue NW
Washington, DC 20005
202-616-1668 (Plowell) / 202-307-2208 (Pascucci)

*Attorneys for the United States*

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America<br><br>vs.<br><br><br>James B. Panther, Jr.,<br>a/k/a "James Suqui" and "James Suquilanda," and<br><br>Defendant. | Case No. CR-19-00448-PHX-DLR-2<br><br>**JOINT MOTION TO CONTINUE DEADLINES** |

The undersigned parties, by their respective attorneys, hereby submit this Motion to Continue Deadlines and accompanying proposed order for the Court's consideration. At the status conference held on March 16, 2020, the Court continued the deadlines for the Government's production of *Jencks* material and motions in limine to April 27, 2020. In addition, the Court reset the date of the final pretrial conference to May 11, 2020. Based on these revised deadlines, the parties request that the Court continue the following deadlines:

1. Defendant's Production of Rule 26.2 material, if any:     May 4, 2020
2. Proposed jury questionnaires, if any:                                May 4, 2020
3. Proposed voir dire questions:                                           May 4, 2020

| | | |
|---|---|---|
| 4. | Submission of joint statement of case: | May 4, 2020 |
| 5. | Joint proposed jury instructions: | May 4, 2020 |
| 6. | Joint proposed verdict form: | May 4, 2020 |
| 7. | Responses to motions in limine: | May 4, 2020 |
| 8. | Hearing on motions in limine: | TBD |
| 9. | Disclosure of summary charts: | May 8, 2020 |
| 10. | Disclosure of final exhibit and witness lists: | May 8, 2020 |

Respectfully submitted,

FOR PLAINTIFF                               FOR DEFENDANT
UNITED STATES OF AMERICA                    JAMES B. PANTHER, JR.

By:   s/Tracee Plowell                      By:   s/Dennis Burke
      Tracee Plowell, Assistant Chief             Dennis Burke, Esq.
      Michelle Pascucci, Trial Attorney           Mark Kokanovitch, Esq.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that, on March 27, 2020, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF, which will send notification to counsel of record.

                              Respectfully submitted,

BY:    */s/ Tracee Plowell*