Tracee Plowell, Senior Litigation Counsel (N.Y. Attorney Registration #2994457)
Tracee.Plowell@usdoj.gov
Michelle Pascucci, Trial Attorney (Mass. Board of Bar Overseers #690889)
Michelle.Pascucci@usdoj.gov
Fraud Section, Criminal Division
U.S. Department of Justice
1400 New York Avenue NW
Washington, DC 20005
202-616-1668 (Plowell) / 202-307-2208 (Pascucci)

*Attorneys for the United States*

# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America,<br><br>　　　　　　Plaintiff,<br><br>　vs.<br><br>James B. Panther, Jr.,<br>a/k/a "James Suqui" and "James Suquilanda,"<br><br>　　　　　　Defendant. | Case No. 2:19-CR-448-2<br><br>**UNITED STATES' NOTICE OF INTENT TO USE ADMISSIONS AND STATEMENTS PURSUANT TO LR CRIM 16.1** |

Under Local Rule of Criminal Procedure 16.1, the government hereby provides notice of its intent to admit "written or oral confessions, admissions, or statements of the Defendant." Specifically, the government intends to present evidence of the following statements at trial:

(1) The defendant's sworn statements during a deposition before the Securities and Exchange Commission ("SEC") in November 2017;

(2) Emails that the defendant sent throughout the scheme to his coconspirators, including co-defendant Francisco Villena Abellan, Guillermo Ciupiak, and Walter Demuth; and

(3) Statements that the defendant made and emails that the defendant sent to witnesses, including coconspirators, employees of brokerage firms such as Scottsdale Capital and BMA Securities, and the executives of Biozoom, Inc.

Dated:             April 24, 2020

                                       Respectfully submitted,

                                       ROBERT ZINK
                                       Chief, Fraud Section

By:     */s/ Michelle Pascucci*
        Tracee Plowell, Senior Litigation Counsel
        Michelle Pascucci, Trial Attorney
        Fraud Section, Criminal Division
        U.S. Department of Justice

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that, on April 24, 2020, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF, which will send notification to counsel of record.

Respectfully submitted,

BY:   */s/ Michelle Pascucci*