Tracee Plowell, Senior Litigation Counsel (N.Y. Attorney Registration #2994457)
Tracee.Plowell@usdoj.gov
Michelle Pascucci, Trial Attorney (Mass. Board of Bar Overseers #690889)
Michelle.Pascucci@usdoj.gov
Fraud Section, Criminal Division
U.S. Department of Justice
1400 New York Avenue NW
Washington, DC 20005
202-616-1668 (Plowell) / 202-307-2208 (Pascucci)

*Attorneys for the United States*

# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America,<br><br>           Plaintiff,<br>vs.<br>James B. Panther, Jr.,<br>a/k/a "James Suqui" and "James Suquilanda,"<br><br>           Defendant. | Case No. 2:19-CR-448-2<br><br>**NOTICE TO ADMIT FOREIGN BUSINESS RECORDS UNDER 18 U.S.C. § 3505** |

The government hereby provides written notice of its intent to introduce foreign business records under 18 U.S.C. § 3505.  18 U.S.C. § 3505(b).  The government intends to introduce bank records from Compagnie Bancaire Helvétique (CBH) received from Switzerland pursuant to a Mutual Legal Assistance Treaty ("MLAT").  These records, which were produced to the defendant in Rule 16 discovery, are accompanied by a foreign certification attest[ing] that—
   (A) such record was made, at or near the time of the occurrence of the matters set forth, by (or from information transmitted by) a person with knowledge of those matters;
   (B) such record was kept in the course of a regularly conducted business activity;

(C) the business activity made such a record as a regular practice; and
(D) if such record if not the original, such record if a duplicate of the original.

*Id.* § 3505(a)(1).

Dated: April 27, 2020

                Respectfully submitted,

                ROBERT ZINK
                Chief, Fraud Section

By: */s/ Michelle Pascucci*
   Tracee Plowell, Senior Litigation Counsel
   Michelle Pascucci, Trial Attorney
   Fraud Section, Criminal Division
   U.S. Department of Justice

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that, on April 27, 2020, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF, which will send notification to counsel of record.

>                    Respectfully submitted,
>
> BY:    */s/ Michelle Pascucci*