

# ATTESTATION FROM SWISS AUTHORITY EXECUTING
# THE REQUEST FROM THE UNITED STATES FOR DOCUMENTS

I herewith attest that I, _____*MARTINA WEBER*_____
(Name)

hold the position of _____*PUBLIC PROSECUTOR*_____
(Title, e.g. Magistrate)

and that in such position I have been tasked with the execution of the request from the United States, in the matter of _____*ABELLAN VILLENA FRANSISCO*_____, pursuant to the treaty on mutual assistance in criminal matters, between the United States of America and the Swiss Confederation.

I attest that pursuant to the request from the United States, I have asked an appropriate official from

_____
*(Agency or Company, the Records of Which are Sought)*

to complete and sign the attached Attestation of Authenticity. I attest that the signature placed on the Attestation of Authenticity is the personal signature of _____
*(Name of Agency or Company)*

_____, and that the latter is employed by _____
*Official, the Records of Which are Sought)*   *(Name of Agency or Company)*

_____
*Official, the Records of Which are Sought)*

and is the authorized custodian of business records.

_____   _____
*(Date)*   *(Signature)*

Stamp

1994
_____
*(Title)*

*Zug, 1 March 2016*
Public Prosecutor's Office
of the Canton of Zug

[Stamp]
PUBLIC PROSECUTOR'S
OFFICE OF THE CANTON
OF ZUG

*[signature: M Weber]*

Martina Weber
Public Prosecutor