## **CERTIFICATION OF THE DOCUMENTS**

I, <u>WEBER MARTINA</u>, hereby confirm, that:

1. I am a district attorney at the District Attorney's Office of the Zug Canton ("The District Attorney's Office") and thus am familiar with the documents of the District Attorney's Office.
2. In accordance with a search warrant of the premises of Walter Demuth, executed on <u>08/13/13</u> (Date) (Attachment A), the following items were confiscated by the Zug Police Department and sent on to the District Attorney's Office for safekeeping (Attachment B).
3. As part of the business activity of the District Attorney's Office, these items were retained as documents of the District Attorney's Office within the scope of investigations against Walter Demuth. These documents were created at the point in time or around the point in time at which the facts given therein occurred by a person, who had knowledge of these facts, or based on information, which such a person transmitted.
4. These documents were managed in the course of business activity of the District Attorney's Office, which was conducted in a regular fashion.
5. The management or the use of these documents was a regular practice within the scope of the business activity.
6. These documents are true copies of original documents, which were recorded or collected and stored at the District Attorney's Office of the Zug Canton.

I confirm that the previous statements are true and correct. In the event of a false statement, I am subject to punishments according to Swiss Law.

Issued on <u>12/05/19</u> (Date) in <u>Zug</u> (Place) <u>Switzerland</u> (Country)

**By:** *[signature]*

| | |
|---|---|
| Zug Canton | District Attorney's Office<br>7 – 1 |
| **Department II** | **2A 2013 122** |

**Search Warrant**
**(Art. 244 and 245 of the Criminal Code)**

| | |
|---|---|
| Accused | **Unknown** |
| Defense | --- |
| Offense | **Money laundering** |
| Order | The search of the following named premises, which are not accessible to the public, is ordered: |

        1.     Communication & Law, Walter Demuth, Licentiate Law Degree, Wagistrasse 23, 8952 Schlieren

        2.     ORBITA GmbH, Wagistrasse 23, 8952 Schlieren

        3.     TelTrade GmbH, Wagistrasse 23, 8952 Schlieren

The search encompasses the premises given as well as all cellar compartments, garages, etc. belonging thereto.

The following is to be searched for there (in paper or electronic form):
- all documents pertaining to AFI General Finance and Investment AG, such as founding acts, contracts, banking documents, etc.
- all documents pertaining to Guillermo F. Ciupiak, citizen of Argentina, Laprida 1857B, 1225 Buenos Aires (Argentina)
- all documents pertaining to Royal Capital Ventures Ltd., Viktoria, Mahe (Seychelles)
- all documents pertaining to Anthony A. Thompson, citizen of The Bahamas, Augusta Street, 4826 Nassau (Bahamas)
- all documents pertaining to AT Corp. Ltd.
- SRO documents pertaining to Communication & Law, Walter Demuth, Licentiate Law Degree, Orbita GmbH, TelTrade GmbH
- other relevant information

Objects found will be confiscated.

| | |
|---|---|
| Justification | There is sufficient suspicion that traces or objects of the offense, which may lead to |

the discovery of the truth, are to be found at the places designated above. The action is measured relative to the severity of the alleged acts (Art. 197 of the Criminal Code). Possible assets and objects that are found and are relevant to the offense are to be confiscated for the purposes of preservation of evidence and with regard to a seizure.

Supported by a Suspicious Act Report from the Zuger Cantonal Bank and clarifications of the Reporting Office for Money Laundering (MROS), there exists the suspicion that monies, which have a criminal origin, were laundered via the accounts of AFI General Finance & Investment AG.
AFI, as a borrower, received monies from Communication & Law, Walter Demuth, Licentiate Law Degree, Orbita GmbH, and TelTrade GmbH – each acting as a lender – whereby it was a matter of profit participation loans. Royal Capital Ventures, or rather, Guillermo Ciupiak and AT Corp. Ltd., or rather, Anthony A. Thompson, are the economic beneficiaries to the monies. As far as is known, there are ongoing proceedings in the Seychelles against Royal Capital Ventures Limited, et al. due to the suspicion that this company is involved in so-called "pump and dump schemes" in a large scale fashion.

| | |
|---|---|
| Responsible Authorities | Zug Police Department<br>District Attorney's Office of the Zurich Canton in accordance with Art. 53 of the Criminal Code with the request for the commissioning of the appropriate police authorities |
| Search Modalities | The persons commissioned to search shall produce the house search warrant at the beginning of the action (Art. 245 Par. 1 of the Criminal Code). Owners of the premises to be searched that are present at the time are to witness the house search. Should they be absent, then a family member of age or another suitable person is to represent them (Art. 245 Par. 2 of the Criminal Code). A log of the search and/or investigation is to be created on the attached form.<br><br>Written documents, audio records, photographic records, and other records, data mediums as well as devices for the processing and storage of information may be searched if it is presumed that information is to be found therein, which is subject to confiscation (Art. 246 of the Criminal Code). The data is to be backed up and evaluated.<br><br>Records and objects, which may not be confiscated based on the statements of the owner due to a right to refuse to give evidence, or for other reasons, are to be sealed and neither may they be examined nor used by the criminal authorities |

(Art. 248 Par. 1 of the Criminal Code). The owner can make a statement in advance regarding the content of the record (Art. 247 Par. 1 of the Criminal Code). It is to be pointed out to the owner that after the sealing has taken place (and upon request for unsealing by the District Attorney's Office), the Unsealing Magistrate makes the decision regarding the admissibility of the search. Should sealing be forgone or should the request for sealing not be made immediately, then the owner forfeits this legal protection and must anticipate the search of the records and objects.

The District Attorney's Office is to be notified immediately regarding the sealing of records.

| | |
|---|---|
| Right of Appeal | In accordance with Art. 393 et seqq. of the Criminal Code, a justified appeal can be levied before the Appeals Department of the Superior Court of the Zug Canton in writing within 10 days after the issuance of the search. |
| Disclosures | - authorized person (handed over)<br>- further affected persons<br>Supreme State Prosecution Office of the Zurich Canton, Florhofgasse 2, 8090 Zurich with the request that the local police is to be granted the necessary commissions in order to carry out this search warrant (Art. 53 of the Criminal Procedure Code) (via fax) |

Zug, August 12, 2013 hof

Zug District Attorney's Office
Department II

lung verzichtet o
verwirkt die Inhal
muss mit der Dur

A. Hoffmann
Senior District Attorney

**Acknowledgment of Receipt:**

7-3

Place/Date: _08/13/13_                    Signature:
            10:35 AM

|  |  |
|---|---|
| Zug Canton | District Attorney's Office |
|  | 7 – 4 |
| **Department II** | **2A 2013 122** |

COPY

**Search Warrant**
**(Art. 244 and 245 of the Criminal Code)**

| | |
|---|---|
| Accused | **Unknown** |
| Defense | --- |
| Offense | **Money laundering** |
| Order | The search of the following named premises, which are not accessible to the public, is ordered: |

    1.    Communication & Law, Walter Demuth, Licentiate Law Degree, Wagistrasse 23, 8952 Schlieren

    2.    ORBITA GmbH, Wagistrasse 23, 8952 Schlieren

    3.    TelTrade GmbH, Wagistrasse 23, 8952 Schlieren

The search encompasses the premises given as well as all cellar compartments, garages, etc. belonging thereto.

The following is to be searched for there (in paper or electronic form):
- all documents pertaining to AFI General Finance and Investment AG, such as founding acts, contracts, banking documents, etc.
- all documents pertaining to Guillermo F. Ciupiak, citizen of Argentina, Laprida 1857B, 1225 Buenos Aires (Argentina)
- all documents pertaining to Royal Capital Ventures Ltd., Viktoria, Mahe (Seychelles)
- all documents pertaining to Anthony A. Thompson, citizen of The Bahamas, Augusta Street, 4826 Nassau (Bahamas)
- all documents pertaining to AT Corp. Ltd.
- SRO documents pertaining to Communication & Law, Walter Demuth, Licentiate Law Degree, Orbita GmbH, TelTrade GmbH
- other relevant information

Objects found will be confiscated.

| | |
|---|---|
| Justification | There is sufficient suspicion that traces or objects of the offense, which may lead to |

the discovery of the truth, are to be found at the places designated above. The action is measured relative to the severity of the alleged acts (Art. 197 of the Criminal Code). Possible assets and objects that are found and are relevant to the offense are to be confiscated for the purposes of preservation of evidence and with regard to a seizure.

Supported by a Suspicious Act Report from the Zuger Cantonal Bank and clarifications of the Reporting Office for Money Laundering (MROS), there exists the suspicion that monies, which have a criminal origin, were laundered via the accounts of AFI General Finance & Investment AG.

AFI, as a borrower, received monies from Communication & Law, Walter Demuth, Licentiate Law Degree, Orbita GmbH, and TelTrade GmbH – each acting as a lender – whereby it was a matter of profit participation loans. Royal Capital Ventures, or rather, Guillermo Ciupiak and AT Corp. Ltd., or rather, Anthony A. Thompson, are the economic beneficiaries to the monies. As far as is known, there are ongoing proceedings in the Seychelles against Royal Capital Ventures Limited, et al. due to the suspicion that this company is involved in so-called "pump and dump schemes" in a large scale fashion.

| | |
|---|---|
| Responsible Authorities | Zug Police Department<br>District Attorney's Office of the Zurich Canton in accordance with Art. 53 of the Criminal Code with the request for the commissioning of the appropriate police authorities |
| Search Modalities | The persons commissioned to search shall produce the house search warrant at the beginning of the action (Art. 245 Par. 1 of the Criminal Code). Owners of the premises to be searched that are present at the time are to witness the house search. Should they be absent, then a family member of age or another suitable person is to represent them (Art. 245 Par. 2 of the Criminal Code). A log of the search and/or investigation is to be created on the attached form. |

Written documents, audio records, photographic records, and other records, data mediums as well as devices for the processing and storage of information may be searched if it is presumed that information is to be found therein, which is subject to confiscation (Art. 246 of the Criminal Code). The data is to be backed up and evaluated.

Records and objects, which may not be confiscated based on the statements of the owner due to a right to refuse to give evidence, or for other reasons, are to be sealed and neither may they be examined nor used by the criminal authorities

(Art. 248 Par. 1 of the Criminal Code). The owner can make a statement in advance regarding the content of the record (Art. 247 Par. 1 of the Criminal Code). It is to be pointed out to the owner that after the sealing has taken place (and upon request for unsealing by the District Attorney's Office), the Unsealing Magistrate makes the decision regarding the admissibility of the search. Should sealing be forgone or should the request for sealing not be made immediately, then the owner forfeits this legal protection and must anticipate the search of the records and objects.

The District Attorney's Office is to be notified immediately regarding the sealing of records.

| | |
|---|---|
| Right of Appeal | In accordance with Art. 393 et seqq. of the Criminal Code, a justified appeal can be levied before the Appeals Department of the Superior Court of the Zug Canton in writing within 10 days after the issuance of the search. |
| Disclosures | - authorized person (handed over)<br>- further affected persons<br>Supreme State Prosecution Office of the Zurich Canton, Florhofgasse 2, 8090 Zurich with the request that the local police is to be granted the necessary commissions in order to carry out this search warrant (Art. 53 of the Criminal Procedure Code) (via fax) |

Zug, August 12, 2013 hof

Zug District Attorney's Office
Department II

lung verzichtet o
verwirkt die Inha
muss mit der Du

A. Hoffmann
Senior District Attorney

**Acknowledgment of Receipt:**

Place/Date: ……………………………………    Signature: ……………………………………….

Zug Police Department                                                                                      7 – 8

*2A 2013 122*

**Search and Investigation Log**          Cat. No._____
Criminal Code Art. 241 et seqq., or other legal basis ☐_____

| | |
|---|---|
| Proceedings against | *unknown* |
| Because of | *Money laundering* |
| Person/Company affected by the proceedings | *Demuth, Walter, DOB: 03/12/1949, Communication & Law.* |
| Location (detailed) | *8952 Schlieren, Wagistrasse 23, 1st floor, Apt. No. 8* |
| Date, time (from/to) | *08/13/2013, 10:30 AM – 12:00 PM* |
| Commissioning authority | ☒ District Attorney's Office of the    *Zug Canton* <br> ☐ Zug Police Department (imminent danger) <br> ☐ Zug Police Department (police safety) <br> ☐ _____ <br> ☐ The accused/affected person consents to this search. |
| Person present (function) | *Demuth, Walter, DOB: 03/12/1949, do.* |
| Action | ☒ **House search (Art. 244 of the Criminal Code)** <br> ☐ **Search of records (Art. 246 of the Criminal Code)** <br> ☐ **Search of persons and objects (Art. 249 of the Criminal Code)** <br> ☐ **Investigation of persons (Art. 251 and 252 of the Criminal Code)** <br> (Person, blood sample, urine sample, hair sample) |
| Objects confiscated | ☐ None          ☒ According to the contents (Attachment *01*) |
| Chance finds | ☐ None          ☐ According to the contents (Attachment __) |

**Original:** Investigation files          **1st copy:** Person affected   **2nd copy:** Clerk                    Initials:
Obora template 14.51 – Version 02/17/2012

Page 2/2                                                                                                       7-9

| | |
|---|---|
| Instruction | The owner of the confiscated records and objects was alerted to their right to have them sealed (Art. 248 of the Criminal Code). |
| Owner's Statement | The owner of the confiscated papers and other data mediums justifies the sealing as follows:<br><br>*I order that all dossiers on the PC be sealed, which do not have a direct connection with the investigation. All client dossiers are confidential.* |
| Remarks on the process of the search | *None.* |

To the extent that confiscations have occurred, there is a table of contents of the confiscated objects and/or a table of contents of chance finds attached to this log. The persons signing confirm with their signatures the completeness and correctness of the search and investigation log.

| | |
|---|---|
| Place, Date | *Schlieren, 08/13/2013* |
| Signature | |
| Recording Clerk | |
| Signature of the Person Present | |

**Attachments**
1. *Table of contents of the confiscated objects*

2. *Seite 2/2*

**Original:** Investigation files     **1st copy:** Person affected   **2nd copy:** Clerk
Obora template 14.51 – Version 02/17/2012

Zug Police   Department                                                   7 – 10

                                                                 2A 2013 122
**Attachment** *01*                                              **Cat. No.:** _____

*07* **Table of contents of the confiscated objects** (Criminal Code Art. 241 et seqq.)

   **Table of contents of the chance finds** (Criminal Code Art. 243 et seqq.)

Person accused        *unknown*

Location              *8952 Schlieren, Wagistrasse 23, Apt. No. 8,*
                      *1st floor.*

| No. | Object classification: (brand/type, no./size, etc.) | Location found | Owner | Not classified | Sealing demanded |
|---|---|---|---|---|---|
| 01 | *Plastic box, AFI AG from 12/12* | *Apt. No. 8, 1st floor* | *Demuth, Walter* | ☐ | ☐ |
| 02 | *B0, black, AFI AG contracts* | *Same* | *Same* | ☐ | ☐ |
| 03 | *B0, black, AFI AG, Bank, Old-age and survivor's pensions* | *Same* | *Same* | ☐ | ☐ |
| 04 | *B0, white, AFI AG invoices* | *Same* | *Same* | ☐ | ☐ |
| 05 | *Plastic box, Royal CAP,* | *Same* | *Same* | ☐ | ☐ |
| 06 | *B0, green, Royal CAP,* ch. 2012 | *Same* | *Same* | ☐ | ☐ |
| 07 | *B0, grey, TelTrade GmbH, II, ch Jan. 10* | *Same* | *Same* | ☐ | ☐ |
| 08 | *B0, black, ORBITA GmbH, ch. March 2002* | *Same* | *Same* | ☐ | ☐ |

**Original:** Investigation files     **1st copy:** Person affected     **2nd copy:** Clerk          Page: *1 / 3*          Initials:

Obora template 14.52 – Version 02/17/2012

                                                                                *2A 2013 122*

Cat. No. _____

7 – 11

| No. | Object classification: (brand/type, no./size, etc.) | Location found | Owner | Not classified | Sealing requested |
|---|---|---|---|---|---|
| 09 | B0, red, ORBITA GmbH, Financial Services Standards Association | Apt. No. 8, 1st floor | Demuth, Walter | ☐ | ☐ |
| 10 | B0, black, Orbita GmbH, Bank | Same | Same | ☐ | ☐ |
| 11 | B0, white, Financial Services Standards Association, [illegible] | Same | Same | ☐ | ☐ |
| 12 | B0, white, Financial Services Standards Association, [illegible] | Same | Same | ☐ | ☐ |
| 13 | Royal CAP contract | Same | Same | ☐ | ☐ |
| 14 | AFI AG founding files | Same | Same | ☐ | ☐ |
| 15 | Various banking documents | Same | Same | ☐ | ☐ |
| 16 | Credit note advice, MBS AG and Royal CAP invoice | Same | Same | ☐ | ☐ |
| 17 | Desktop PC, DELL, serial no. ZN-0NC0G6-74431-34A-0004 | Same | Same | ☐ | ☐ |

*ZA 2013 122*

GK-Nr. _____

7-11

| Nr. | Gegenstandsbezeichnung: (Marke/Typ, Nr./Grösse usw.) | Fundort | Inhaber | Nicht zu- geordnet | Sieglung verlangt |
|---|---|---|---|---|---|
| 09 | N0, rot, ORBITA GmbH, VQF | do. | do. | ☐ | ☐ |

**Original:** Investigation files    **1st copy:** Person affected    **2nd copy:** Clerk    Page: *2 / 3*    Initials: *zz*

Obora template 14.52 – Version 02/17/2012

*2A 2013 122*

Cat. No._____

7 – 12

This table of contents is an integral component of the search and investigation log. With their signatures, the persons signing confirm the completeness and correctness of this table of contents.

Place, Date           *Schlieren, 08/13/2013*

Signature

Recording Clerk

Signature of

Person Present

**Certification of Receipt** (Handed over by the police)

The recipient confirms having had the listed objects returned to them in an orderly fashion.

No. given back

Recipient

Address

ZIP Code / City

Recipient Signature

Police Signature

Place, Date

**Original:** Investigation files      **1st copy:** Person affected   **2nd copy:** Clerk      Page: *3 / 3*

Obora template 14.52 – Version 02/17/2012

Zug Police    Department                                                                         7 – 45

**Search and Investigation Log**                          **Case No.** 2013 / 8 / 615
Criminal Code, Art. 241 et seqq., or other legal basis    **Cat. No.** <u>20130819.0030</u>

| | |
|---|---|
| Proceedings against | **Unknown** |
| Due to | Money Laundering |
| Person/Company affected by the proceedings | **Demuth**, Walter Michael, DOB: 03/12/1949, from Hüntwangen, Lawyer, married, residing in 8008 Zurich, **Resedastrasse 28** |
| Location (detailed) | 6300 Zug, An der Aa 4, Zug Police Department, Criminal Technology Service, IT forensics |
| Date, Time | 08/28/2013, 3:34 PM until 09/30/2013, 2:50 PM |
| Commissioning Authority | ☒ District Attorney's Office of the Zug Canton, Dr. A. Sidler (2A 2013 122)<br>☐ Zug Police Department (imminent danger)<br>☐ Zug Police Department (police safety)<br>☐ Other<br>☐ The accused/affected person consents to this search. |
| Persons Present (function) | **Koller**, Hugo, Criminal Technology Service, IT forensics (Representative) |
| Action | ☐ **House search (Art. 244 of the Criminal Code)**<br>☒ **Search of records (Art. 246 of the Criminal Code)**<br>☐ **Search of persons and objects (Art. 249 of the Criminal Code)**<br>☐ **Search of persons (Art. 251 and 252 of the Criminal Code)**<br>(Person, blood sample, urine sample, hair sample) |
| Objects confiscated | ☐ None<br>☒ Select data from the computer, Dell brand, of Demuth, Walter<br>(Result of the unsealing from 08/28/2013 by District Attorney Dr. A. Sidler) |
| Chance finds | ☒ None<br>☐ According to table of contents attachment …….. |
| Remarks regarding the process of the search | A. Sidler, District Attorney of the Zug Canton, took on the selection of the information on the occasion of unsealing of the computer of Demuth, Walter, on 08/28/2013. In this process, various files and e-mails were copied onto a USB stick belonging to the Zug Police Department.<br><br>The computer was subsequently handed over to Demuth, Walter by the District Attorney's Office of the Zug Canton after the unsealing. |

Obora template 14.50 – Version 02/17/2012                                      Initials:

7 – 46

Page 2/2

        The USB stick with the selected data was submitted to the Zug Police Department with the task of deleting any possible doubles of e-mails present, and copying the data onto a DVD.

        The doubled e-mails present were manually sorted by the individual writing this log (deleted). The result of the selection was subsequently secured in a logical fashion and copied onto a DVD.

        The confiscated data can be examined at any time after consultation with the Criminal Technology Service.

        The instance responsible is requested to notify the Criminal Technology Service if the confiscated data can be deleted.

With their signature, the person signing confirms the completeness and correctness of the search and investigation log.

| | |
|---|---|
| Place, Date | Zug, 08/30/2013 |
| Signature | |
| | , wenn die sichergestellten Daten gelöscht werden können. |
| | Nr. 2013 / 8 / 615) |
| Recording Clerk | rson bestätigt mit ihrer Unterschrift die Vollständig- und Richtigkeit des |

**Attachments**
1.      DVD with selected data from the computer of Demuth, Walter

| Zug Police   Department | Criminal Police | 7 – 47 |
|---|---|---|
| | Criminal Technology | |

**Forensic Data Backup** ~~Mobile Telephone~~

Device Owner        **Demuth**, Walter, DOB: 03/12/1949

ABI Case No.:       2013 / 8 / 615



An der Aa 4, 6300 Zug
Tel.: 041 728 41 41, Fax: 041 728 41 79
www.zugerpolizei.ch

Zug Police Department                                                                 7 – 29                    02

*2A 2013 122*

**Search and Investigation Log**                    Cat. No._____

Criminal Code Art. 241 et seqq., or other legal basis    ich    _____

| | |
|---|---|
| Proceedings against | *unknown* |
| Because of | *Money laundering* |
| Person/Company affected by the proceedings | *Demuth, Walter, DOB: 03/12/1949, Communication & Law.* |
| Location (detailed) | *8952 Schlieren, Wagistrasse 23, 1st floor, Apt. No. 8* |
| Date, time (from/to) | *08/13/2013, 10:30 AM – 12:00 PM* |
| Commissioning authority | ☒ District Attorney's Office of the    *Zug Canton*<br>☐ Zug Police Department (imminent danger)<br>☐ Zug Police Department (police safety)<br>☐ _____<br>☐ The accused/affected person consents to this search. |
| Person present (function) | *Demuth, Walter, DOB: 03/12/1949, do.* |
| Action | ☒ **House search (Art. 244 of the Criminal Code)**<br>☐ **Search of records (Art. 246 of the Criminal Code)**<br>☐ **Search of persons and objects (Art. 249 of the Criminal Code)**<br>☐ **Investigation of persons (Art. 251 and 252 of the Criminal Code)**<br>(Person, blood sample, urine sample, hair sample) |
| Objects confiscated | ☐ None    ☒ According to the contents (Attachment *01*) |
| Chance finds | ☐ None    ☐ According to the contents (Attachment __) |

**Original:** Investigation files       **1st copy:** Person affected     **2nd copy:** Clerk            Initials:
Obora template 14.51 – Version 02/17/2012

Page 2/2                                                                                             7 – 30          02

| | |
|---|---|
| Instruction | The owner of the confiscated records and objects was alerted to their right to have them sealed (Art. 248 of the Criminal Code). |
| Owner's Statement | The owner of the confiscated papers and other data mediums justifies the sealing as follows: *I order that all dossiers on the PC be sealed, which do not have a direct connection with the investigation. All client dossiers are confidential.* |
| Remarks on the process of the search | *None.* |

To the extent that confiscations have occurred, there is a table of contents of the confiscated objects and/or a table of contents of chance finds attached to this log. The persons signing confirm with their signatures the completeness and correctness of the search and investigation log.

| | |
|---|---|
| Place, Date | *Schlieren, 08/13/2013* |
| Signature Recording Clerk | [handwritten signature] |
| Signature of the Person Present | [handwritten signature] |

**Attachments**

1. *Table of contents of the confiscated objects*

2. *Seite 2/2*

**Original:** Investigation files        **1st copy:** Person affected   **2nd copy:** Clerk
Obora template 14.51 – Version 02/17/2012

Zug Police   Department                                          7 – 31                03

                                                                 2A 2013 122
**Attachment** *01*                                              **Cat. No.:** _____

☒ **Table of contents of the confiscated objects** (Criminal Code Art. 241 et seqq.)
☐ **Table of contents of the chance finds** (Criminal Code Art. 243 et seqq.)

Person accused          *unknown*

Location                *8952 Schlieren, Wagistrasse 23, Apt. No. 8, 1st floor.*

| No. | Object classification: (brand/type, no./size, etc.) | Location found | Owner | Not classified | Sealing demanded |
|---|---|---|---|---|---|
| 01 | *Plastic box, AFI AG from 12/12* | *Apt. No. 8, 1st floor* | *Demuth, Walter* | ☐ | ☐ |
| 02 | *B0, black, AFI AG contracts* | *Same* | *Same* | ☐ | ☐ |
| 03 | *B0, black, AFI AG, Bank, Old-age and survivor's pensions* | *Same* | *Same* | ☐ | ☐ |
| 04 | *B0, white, AFI AG invoices* | *Same* | *Same* | ☐ | ☐ |
| 05 | *Plastic box, Royal CAP,* | *Same* | *Same* | ☐ | ☐ |
| 06 | *B0, green, Royal CAP, ch. 2012* | *Same* | *Same* | ☐ | ☐ |
| 07 | *B0, grey, TelTrade GmbH, II, ch Jan. 10* | *Same* | *Same* | ☐ | ☐ |
| 08 | *B0, black, ORBITA GmbH, ch. March 2002* | *Same* | *Same* | ☐ | ☐ |

**Original:** Investigation files     **1st copy:** Person affected    **2nd copy:** Clerk          Page: *1 / 3*         Initials:

Obora template 14.52 – Version 02/17/2012

*2A 2013 122         03*

Cat. No. _____

7 – 32

| No. | Object classification: (brand/type, no./size, etc.) | Location found | Owner | Not classified | Sealing requested |
|---|---|---|---|---|---|
| 09 | B0, red, ORBITA GmbH, Financial Services Standards Association | Apt. No. 8, 1st floor | Demuth, Walter | ☐ | ☐ |
| 10 | B0, black, Orbita GmbH, Bank | Same | Same | ☐ | ☐ |
| 11 | B0, white, Financial Services Standards Association, [illegible] | Same | Same | ☐ | ☐ |
| 12 | B0, white, Financial Services Standards Association, [illegible] | Same | Same | ☐ | ☐ |
| 13 | Royal CAP contract | Same | Same | ☐ | ☐ |
| 14 | AFI AG founding acts | Same | Same | ☐ | ☐ |
| 15 | Various banking documents | Same | Same | ☐ | ☐ |
| 16 | Credit note advice, MBS AG and Royal CAP invoice | Same | Same | ☐ | ☐ |
| 17 | Desktop PC, DELL, serial no. ZN-0NC0G6-74431-34A-0004 | Same | Same | ☐ | ☐ |

*ZA 2013 122*

GK-Nr. _____

7-11

| Nr. | Gegenstandsbezeichnung: (Marke/Typ, Nr./Grösse usw.) | Fundort | Inhaber | Nicht zu- geordnet | Sieglung verlangt |
|---|---|---|---|---|---|
| 09 | N0, rot, ORBITA GmbH, VQF | do. | do. | ☐ | ☐ |

**Original:** Investigation files    **1st copy:** Person affected    **2nd copy:** Clerk    Page: *2 / 3*    Initials: *ZZ*

Obora template 14.52 – Version 02/17/2012

*2A 2013 122*     *03*

**Cat. No.** _____

7 – 33

This table of contents is an integral component of the search and investigation log. With their signatures, the persons signing confirm the completeness and correctness of this table of contents.

Place, Date     *Schlieren, 08/13/2013*

Signature

Recording Clerk

Signature of

Person Present

**Certification of Receipt** (Handed over by the police)

The recipient confirms having had the listed objects returned to them in an orderly fashion.

No. given back

Recipient

Address

ZIP Code / City

Recipient Signature

Police Signature

Place, Date

**Original:** Investigation files     **1st copy:** Person affected     **2nd copy:** Clerk     Page: *3 / 3*

Obora template 14.52 – Version 02/17/2012