14

**BESCHEINIGUNG DER SCHWEIZERISCHEN BEHÖRDE, DIE DAS ERSUCHEN UM UNTER-LAGEN SEITENS DER VEREINIGTEN STAATEN ERLEDIGT**

Ich bescheinige hiermit, dass ich WEBER Martina
*(Name)*

das Amt der/des Staatsanwältin
*(Titel, z.B. Untersuchungsrichter)*

ausübe und dass ich in dieser Eigenschaft mit der Erledigung des Ersuchens der Vereinigten Staa-
ten im Rahmen des Staatsvertrags zwischen den Vereinigten Staaten von Amerika und der Helveti-
schen Eidgenossenschaft über gegenseitige Rechtshilfe in Strafsachen in Sachen

Abellan / Biotoom                                                         beauftragt worden bin.


Ich bescheinige, dass ich gemäss dem Ersuchen der Vereinigten Staaten einen zuständigen Be-
amten der Compagnie Bancaire Helvetique SA (CBH SA)
*(Anstalt oder Firma, deren Unterlagen gesucht werden)*
um Ausfüllung und Unterzeichnung der beiliegenden Echtheitsbescheinigung gebeten habe. Ich
bescheinige, dass die Unterschrift, mit welcher diese Echtheitsbescheinigung versehen ist, die ei-
genhändige Unterschrift von Ph. Cordonier van. Ch. Robinson

*(Name des Beamten der Anstalt od. Firma, deren*

_____ und dass der letztere im Dienste der/des    CBH SA
*Unterlagen gesucht werden)*                                           *(Name der Anstalt*

_____
*od. Firma, deren Unterlagen gesucht werden)*

tätig ist und als Aufbewahrer der Geschäftsunterlagen wirkt.

9. Okt 2019
*(Datum)*

Weber
*(Unterschrift)*

Staatsanwältin
*(Titel)*

Stempel

1994



**CBH** Compagnie
Bancaire
Helvétique

**Certificate of Authenticity of Business Records**

**ACCOUNT 28343 Magdalena TAVELLA**

Geneva, September 26, 2019

This Certificate is issued at the request and for the Prosecutor of the Canton of Zug (Staatsanwaltschaft) in relation to procedure n° RHI 2018 112 WEM.

We the undersigned, are employed by CBH Compagnie Bancaire Helvétique SA, respectively as CEO and Head of the Legal Department. We are authorized and qualified to make this declaration on behalf of our Employer, understanding that we are subject to criminal penalty under Article 307 of the Swiss Penal Code for an intentionally false declaration.

We declare that the documents related to this account and remitted to the Prosecutor of the Canton of Zug via USB key entitled :

- Account_opening_ documents
- Account_statements
- Portfolio_valuations
- Transfer_advices
- Cash_transactions.xls

are true copies of records which:

1. were made at or near the time of the occurrence of the matters set forth therein, by (or from information transmitted by) a person with knowledge of those matters;
2. were kept in the course of a regularly conducted business activity;
3. were made by the said business activity as a regular practice; and,
4. if not original records, are duplicates of original records or extracts of the Bank's database (such as the file entitled : Cash-transactions.xls);

The originals or duplicates of these records are maintained in the country of: SWITZERLAND

CBH Compagnie Bancaire Helvétique SA

Philippe Cordonier                    Christopher Robinson



CBH

Compagnie
Bancaire
Helvétique

**Certificate of Authenticity Of Business Records**

**ACCOUNT 28344 Garcia Blaya GONZALO**

Geneva, September 26, 2019

This Certificate is issued at the request and for the Prosecutor of the Canton of Zug (Staatsanwaltschaft) in relation to procedure n° RHI 2018 112 WEM.

We the undersigned, are employed by CBH Compagnie Bancaire Helvétique SA, respectively as CEO and Head of the Legal Department. We are authorized and qualified to make this declaration on behalf of our Employer, understanding that we are subject to criminal penalty under Article 307 of the Swiss Penal Code for an intentionally false declaration.

We declare that the documents related to this account and remitted to the Prosecutor of the Canton of Zug via USB key entitled :

- Account_opening_ documents
- Account_statements
- Portfolio_valuations
- Transfer_advices
- Cash_transactions.xls

are true copies of records which:

1. were made at or near the time of the occurrence of the matters set forth therein, by (or from information transmitted by) a person with knowledge of those matters;

2. were kept in the course of a regularly conducted business activity;

3. were made by the said business activity as a regular practice; and,

4. if not original records, are duplicates of original records or extracts of the Bank's database (such as the file entitled : Cash-transactions.xls);

The originals or duplicates of these records are maintained in the country of: SWITZERLAND.

CBH Compagnie Bancaire Helvétique SA

Philippe Cordonier                    Christopher Robinson



**CBH**  Compagnie
Bancaire
Helvétique

**Certificate of Authenticity of Business Records**

**ACCOUNT 28345 Daniela Patricia GOLDMAN**
Geneva, September 26, 2019

This Certificate is issued at the request and for the Prosecutor of the Canton of Zug (Staatsanwaltschaft) in relation to procedure n° RHI 2018 112 WEM.

We the undersigned, are employed by CBH Compagnie Bancaire Helvétique SA, respectively as CEO and Head of the Legal Department. We are authorized and qualified to make this declaration on behalf of our Employer, understanding that we are subject to criminal penalty under Article 307 of the Swiss Penal Code for an intentionally false declaration.

We declare that the documents related to this account and remitted to the Prosecutor of the Canton of Zug via USB key entitled :

- Account_opening_ documents
- Account_statements
- Portfolio_valuations
- Securities_advices
- Transfer_advices
- Cash_transactions.xls
- Securities transactions.xlsm

are true copies of records which:

1. were made at or near the time of the occurrence of the matters set forth therein, by (or from information transmitted by) a person with knowledge of those matters;
2. were kept in the course of a regularly conducted business activity;
3. were made by the said business activity as a regular practice; and,
4. if not original records, are duplicates of original records or extracts of the Bank's database (such as the file entitled : Cash-transactions.xls and Securities transactions.xlsm);

The originals or duplicates of these records are maintained in the country of: SWITZERLAND.

CBH Compagnie Bancaire Helvétique SA

Philippe Cordonier                    Christopher Robinson



**CBH** | Compagnie
Bancaire
Helvétique

**Certificate of Authenticity of Business Records**

**ACCOUNT 28346 Fernando LOUREYRO**
Geneva, September 26, 2019

This Certificate is issued at the request and for the Prosecutor of the Canton of Zug (Staatsanwaltschaft) in relation to procedure n° RHI 2018 112 WEM.

We the undersigned, are employed by CBH Compagnie Bancaire Helvétique SA, respectively as CEO and Head of the Legal Department. We are authorized and qualified to make this declaration on behalf of our Employer, understanding that we are subject to criminal penalty under Article 307 of the Swiss Penal Code for an intentionally false declaration.

We declare that the documents related to this account and remitted to the Prosecutor of the Canton of Zug via USB key entitled :

- Account_opening_ documents
- Account_statements
- Portfolio_valuations
- Securities_advices
- Transfer_advices
- Cash_transactions.xls
- Securities transactions.xlsm

are true copies of records which:

1. were made at or near the time of the occurrence of the matters set forth therein, by (or from information transmitted by) a person with knowledge of those matters;

2. were kept in the course of a regularly conducted business activity;

3. were made by the said business activity as a regular practice; and,

4. if not original records, are duplicates of original records or extracts of the Bank's database (such as the file entitled : Cash-transactions.xls and Securities transactions.xlsm);

The originals or duplicates of these records are maintained in the country of: SWITZERLAND.

CBH Compagnie Bancaire Helvétique SA

Philippe Cordonier                    Christopher Robinson



**CBH** Compagnie Bancaire Helvétique

**Certificate of Authenticity of Business Records**

**28347 Mariano Augusto GRACIARENA**
Geneva, September 26, 2019

This Certificate is issued at the request and for the Prosecutor of the Canton of Zug (Staatsanwaltschaft) in relation to procedure n° RHI 2018 112 WEM.

We the undersigned, are employed by CBH Compagnie Bancaire Helvétique SA, respectively as CEO and Head of the Legal Department. We are authorized and qualified to make this declaration on behalf of our Employer, understanding that we are subject to criminal penalty under Article 307 of the Swiss Penal Code for an intentionally false declaration.

We declare that the documents related to this account and remitted to the Prosecutor of the Canton of Zug via USB key entitled :

- Account_opening_ documents
- Security_advices
- Securities_transactions.xlsm

are true copies of records which:

1. were made at or near the time of the occurrence of the matters set forth therein, by (or from information transmitted by) a person with knowledge of those matters;
2. were kept in the course of a regularly conducted business activity;
3. were made by the said business activity as a regular practice; and,
4. if not original records, are duplicates of original recordsor extracts of the Bank's database (such as the file entitled : Securities transactions.xlsm).

The originals or duplicates of these records are maintained in the country of: SWITZERLAND.

CBH Compagnie Bancaire Helvétique SA

Philippe Cordonier          Christopher Robinson

CBH Compagnie Bancaire Helvétique SA



**CBH** Compagnie
Bancaire
Helvétique

**Certificate of Authenticity of Business Records**

**ACCOUNT 655676 LAJAS TRADING SA**

Geneva, September 26, 2019

This Certificate is issued at the request and for the Prosecutor of the Canton of Zug (Staatsanwaltschaft) in relation to procedure n° RHI 2018 112 WEM.

We the undersigned, are employed by CBH Compagnie Bancaire Helvétique SA, respectively as CEO and Head of the Legal Department. We are authorized and qualified to make this declaration on behalf of our Employer, understanding that we are subject to criminal penalty under Article 307 of the Swiss Penal Code for an intentionally false declaration.

We declare that the documents related to this account and remitted to the Prosecutor of the Canton of Zug via USB key entitled :

- Account_opening_ documents
- Account_statement
- Portfolio_valuations
- Securities_advices

are true copies of records which:

1. were made at or near the time of the occurrence of the matters set forth therein, by (or from information transmitted by) a person with knowledge of those matters;
2. were kept in the course of a regularly conducted business activity;
3. were made by the said business activity as a regular practice; and,
4. if not original records, are duplicates of original records.

The originals or duplicates of these records are maintained in the country of: SWITZERLAND.

CBH Compagnie Bancaire Helvétique SA

Philippe Cordonier                    Christopher Robinson

CBH Compagnie Bancaire Helvétique SA


**CBH** Compagnie Bancaire Helvétique

**Certificate of Authenticity of Business Records**

**ACCOUNT 656172 FIRLE TRADING SA**

Geneva, September 26, 2019

This Certificate is issued at the request and for the Prosecutor of the Canton of Zug (Staatsanwaltschaft) in relation to procedure n° RHI 2018 112 WEM.

We the undersigned, are employed by CBH Compagnie Bancaire Helvétique SA, respectively as CEO and Head of the Legal Department. We are authorized and qualified to make this declaration on behalf of our Employer, understanding that we are subject to criminal penalty under Article 307 of the Swiss Penal Code for an intentionally false declaration.

We declare that the documents related to this account and remitted to the Prosecutor of the Canton of Zug via USB key entitled :

- Account_opening_ documents
- Account_statement
- Portfolio_valuations
- Securities_advices

are true copies of records which:

1. were made at or near the time of the occurrence of the matters set forth therein, by (or from information transmitted by) a person with knowledge of those matters;
2. were kept in the course of a regularly conducted business activity;
3. were made by the said business activity as a regular practice; and,
4. if not original records, are duplicates of original records.

The originals or duplicates of these records are maintained in the country of: SWITZERLAND.

CBH Compagnie Bancaire Helvétique SA

Philippe Cordonier                    Christopher Robinson