Tracee Plowell, Senior Litigation Counsel (N.Y. Attorney Registration #2994457)
Tracee.Plowell@usdoj.gov
Michelle Pascucci, Trial Attorney (Mass. Board of Bar Overseers #690889)
Michelle.Pascucci@usdoj.gov
Fraud Section, Criminal Division
U.S. Department of Justice
1400 New York Avenue NW
Washington, DC 20005
202-616-1668 (Plowell) / 202-307-2208 (Pascucci)

*Attorneys for the United States*

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America | Case No. CR-19-00448-PHX-DLR-2 |
| vs. | **JOINT MOTION TO CONTINUE TRIAL AND FOR A RULE 11 PLEA HEARING** |
| James B. Panther, Jr., a/k/a "James Suqui" and "James Suquilanda," and | |
| Defendant. | |

The undersigned parties, by their respective attorneys, hereby submit this Motion to Continue the Trial and set a Rule 11 Plea Hearing and an accompanying proposed order for the Court's consideration.

On May 4, 2020, the parties notified the Court of the defendant's intent to enter a plea of guilty. On consent of the parties, the Court referred the case to the U.S. Magistrate Judge to set a Rule 11 plea hearing. Due to the COVID-19 pandemic, the earliest date for the change of plea hearing occurs after the current trial date of June 16, 2020. Accordingly, the parties respectfully request that this Court continue the trial date and set the case for a Rule 11 plea hearing.

The parties further requests that this Court exclude the period of time from June 16,

2020 to the Rule 11 plea hearing from the Speedy Trial Act calculus pursuant to 18 U.S.C. § 3161(h)(1)(G)) and (h)(7).

Respectfully submitted,

| FOR PLAINTIFF | FOR DEFENDANT |
| UNITED STATES OF AMERICA | JAMES B. PANTHER, JR. |

By:   s/Tracee Plowell                    By:   s/Dennis Burke
         Tracee Plowell, Sr. Litigation Counsel          Dennis Burke, Esq.
         Michelle Pascucci, Trial Attorney               Mark Kokanovitch, Esq.

**CERTIFICATE OF SERVICE**

    I HEREBY CERTIFY that, on May 11, 2020, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF, which will send notification to counsel of record.

Respectfully submitted,

BY:    */s/ Tracee Plowell*