# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America, | No. CR-19-00448-002-PHX-DLR |
| Plaintiff, | **ORDER** |
| v. | |
| James B. Panther, Jr., | |
| Defendant. | |

Upon motion of the parties, and good cause appearing,

**IT IS ORDERED** granting Joint Motion to Continue Trial and for a Rule 11 Plea Hearing (Doc. 47) for the reasons stated in the motion.

This Court specifically finds that the ends of justice served by granting a continuance outweigh the best interests of the public and the defendant in a speedy trial. This finding is based upon the Court's conclusion that the failure to grant such a continuance would deny defendant the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.  18 U.S.C. § 3161(h)(7)(B)(iv).

**IT IS FURTHER ORDERED** continuing the trial from June 16, 2020, to, August 4, 2020 at 9:00 a.m. This matter is further referred to Magistrate Judge Michelle H. Burns for the scheduling of the change of plea hearing.

**IT IS FURTHER ORDERED** that if any subpoenas were previously issued and served in this matter, that they remain in effect and are answerable at the new trial date and the party who served the subpoena should advise the witnesses of the trial date.

The Court finds excludable delay under Title 18 U.S.C §3161(h)(7)(A) from 6/17/2020 to 8/4/2020.

Dated this 13th day of May, 2020.

Douglas L. Rayes
United States District Judge