MICHELLE PASCUCCI, Trial Attorney (Mass. Board of Bar Overseers #690889)
Michelle.Pascucci@usdoj.gov
BRITTAIN SHAW, Trial Attorney (DC Bar #472990)
Deborah.Shaw@usdoj.gov
Fraud Section, Criminal Division
U.S. Department of Justice
1400 New York Avenue NW
Washington, DC 20005
202-262-9019 (Pascucci)

*Attorneys for the United States*

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America | Case No. 2:19-CR-448-2 |
| vs. | **JOINT MOTION TO CONTINUE TRIAL AND RULE 11 PLEA HEARING** |
| James B. Panther, Jr., a/k/a "James Suqui" and "James Suquilanda," and | |
| Defendant. | |

The undersigned parties, by their respective attorneys, hereby submit this Motion to Continue Trial and Rule 11 Plea Hearing and an accompanying proposed order for the Court's consideration.

On May 4, 2020, the parties notified the Court of the defendant's intent to enter a plea of guilty. A Rule 11 plea hearing was scheduled for July 21, 2020, and the trial date was continued to August 4, 2020. Upon further review of the case file, the government recently determined that items in its possession were not previously disclosed to the defendant. The government recently sent a production of these materials to defense counsel; anticipates sending an additional production in the coming weeks; and, if needed, will send supplemental productions as its review of the case file continues. Accordingly, the parties jointly request to continue the dates currently scheduled for trial and the Rule

11 plea hearing to September 2020 to allow the defendant time to review these materials.

The parties further request that this Court exclude the period of time from July 21, 2020 to the Rule 11 plea hearing from the Speedy Trial Act calculus pursuant to 18 U.S.C. § 3161(h)(1)(G)) and (h)(7).

Respectfully submitted,

| FOR PLAINTIFF | FOR DEFENDANT |
| UNITED STATES OF AMERICA | JAMES B. PANTHER, JR. |

By: s/Michelle Pascucci      By: s/Dennis Burke_____
     Michelle Pascucci, Trial Attorney      Dennis Burke, Esq.
     Brittain Shaw, Trial Attorney      Mark Kokanovitch, Esq.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that, on July 14, 2020, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF, which will send notification to counsel of record.

Respectfully submitted,

BY:  */s/ Michelle Pascucci*