# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America,<br><br>　　　　　Plaintiff,<br>　　vs.<br>James B. Panther, Jr.,<br>a/k/a "James Suqui" and "James Suquilanda,"<br><br>　　　　　Defendant. | Case No. 2:19-CR-448-2<br><br>**ORDER** |

Upon consideration of the Parties' Joint Motion to Continue the Trial and Rule 11 Plea Hearing (the "Consent Motion"), the Court makes the following findings:

1. On May 4, 2020, the parties notified the Court of the defendant's intent to enter a plea of guilty;

2. This case is currently set for a jury trial on August 4, 2020 and a Rule 11 plea hearing on July 21, 2020;

3. The government recently determined that certain materials were not previously disclosed to the defendant and is currently producing these materials for review in advance of any Rule 11 plea hearing;

4. In the Consent Motion, the parties move to continue the trial and Rule 11 hearing to a date in September 2020, and exclude the time from July 21, 2020 to the Rule 11 hearing from the computation of the time under the Speedy Trial Act; and

5. For the reasons stated above and in the Consent Motion, pursuant to 18 U.S.C. § 3161(h)(1)(G)) and (h)(7), the Court concludes that there is good cause to grant the continuance and the ends of justice would be served by excluding time as requested by the parties.

**WHEREFORE**, in the interest of the defendant and the interests of the public it is **HEREBY ORDERED** that:

(i) the trial is continued; and

(ii) all time from July 21, 2020 to the date of the Rule 11 hearing is excluded from the computation of time under the Speedy Trial Act.

Dated this ___ day of _____, 2020.

_____
HONORABLE DOUGLAS L. RAYES
UNITED STATES DISTRICT JUDGE