**UNITED STATES DISTRICT COURT**
**DISTRICT OF ARIZONA**

**Case No. 2:19-cr-00448-DLR**

**UNITED STATES OF AMERICA**

vs.

**FRANCISCO VILLENA ABELLAN et al.,**

        **Defendants.**
_____/

## NOTICE OF ATTORNEY APPEARANCE

Undersigned counsel hereby files this Notice of Appearance for the United States of America in this case. Please send all notices and inquiries concerning this matter to the undersigned counsel at the address listed below.

                              Respectfully submitted,

                              DANIEL KAHN, ACTING CHIEF
                              CRIMINAL DIVISION, FRAUD SECTION
                              U.S. DEPARTMENT OF JUSTICE

Dated: September 3, 2020        By:   /s/ D. Brittain Shaw
                                           D.C. Bar No. 472990
                                           Trial Attorney
                                           United States Department of Justice
                                           Criminal Division, Fraud Section
                                           1400 New York Avenue, NW
                                           Washington, DC 20005
                                           Tel: (202) 616-2162
                                           Email: Brittain.Shaw@usdoj.gov

**CERTIFICATE OF SERVICE**

  I, Brittain Shaw, certify that the foregoing has been served on all attorneys of record in the above-captioned case, via the CM/ECF electronic filing system.

          By:  /s/ D. Brittain Shaw
              Deborah Brittain Shaw
              Trial Attorney
              United States Department of Justice
              Criminal Division, Fraud Section
              1400 New York Ave., NW
              Washington, DC 20005
              Tel: (202) 616-2162
              Email: Brittain.Shaw@usdoj.gov