DAVID A. BYBEE (Ky. Bar No. 9962)
Senior Litigation Counsel
Fraud Section, Criminal Division
U.S. Department of Justice
    1400 New York Ave NW
    Washington, D.C. 20530
    Telephone:  (202) 679-3099
    E-mail:  David.Bybee2@usdoj.gov

Attorney for Plaintiff
UNITED STATES OF AMERICA

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 2:19-CR-448 |
| Plaintiff, | NOTICE OF APPEARANCE |
| v. | |
| James B. Panther, Jr., a/k/a "James Suqui" and "James Suquilanda," | |
| Defendant. | |

    Comes now David A. Bybee, Senior Litigation Counsel, U.S. Department of Justice, and files his appearance as counsel for the United States in the above styled case.

DATED this 15th day of January, 2021.

|     |                                         |
| --- | --------------------------------------- |
| 1   | Respectfully submitted,                 |
| 2   | DANIEL KAHN                             |
| 3   | Acting Chief, Fraud Section             |
|     | Criminal Division                       |
| 4   | U.S. Department of Justice              |
| 5   | /s/David A. Bybee                       |
|     | DAVID A. BYBEE                          |
| 6   | Senior Litigation Counsel               |
|     | Fraud Section, Criminal Division        |
| 7   | U.S. Department of Justice              |
| 8   | 1400 New York Avenue, NW                |
|     | Washington, DC 20005                    |
| 9   | Tel: (202) 679-3099                     |
|     | Email: David.Bybee2@usdoj.gov           |
| 10  |                                         |
| 11  | Attorney for Applicant                  |
|     | UNITED STATES OF AMERICA                |