Mark Kokanovich (021168)
kokanovichm@ballardspahr.com
Dennis K. Burke (012076)
burked@ballardspahr.com
BALLARD SPAHR LLP
1 East Washington Street, Suite 2300
Phoenix, AZ 85004-2555
Telephone:   602.798.5400
Facsimile:   602.798.5595
*Attorneys for Defendant James B. Panther*

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America,<br><br>        Plaintiff,<br><br>vs.<br><br>James B. Panther,<br><br>        Defendant. | NO. CR-19-00448-PHX-DLR-2<br><br>**JOINT MOTION TO CONTINUE TRIAL AND RULE 11 PLEA HEARING** |

The undersigned parties, by their respective attorneys, hereby submit this Motion to Continue the Trial and set a Rule 11 Plea Hearing and an accompanying proposed order for the Court's consideration. On May 4, 2020, the parties notified the Court of the defendant's intent to enter a plea of guilty. U.S. Magistrate Judge Michelle H. Burns has continued the Rule 11 plea hearing to March 2, 2021 at 11:30 a.m. Judge Rayes has continued the Final Pretrial Conference to April 16, 2021 at 9:30 a.m. and the jury trial to May 4, 2021 at 9:00 a.m.

Discovery is extensive and not yet complete, and discovery received this week is voluminous, such that substantial time is needed for the effective preparation of a defense and to prepare for trial.

The parties respectfully request that this Court continue the trial date and the Rule 11 plea hearing for a period of time not less than 20 days.

The parties further request that this Court exclude the period of time from June 16, 2020 to the Rule 11 plea hearing from the Speedy Trial Act calculus pursuant to 18 U.S.C. § 3161(h)(1)(G)) and (h0)(7).

RESPECTFULLY SUBMITTED this 23rd day of February, 2021.

| FOR PLAINTIFF | FOR DEFENDANT |
|---|---|
| UNITED STATES OF AMERICA | JAMES B. PANTHER, JR. |

By:  /s/ David A. Bybee (w/permission)  
    Deborah Brittain Shaw  
    David A. Bybee  
    U.S. Department of Justice  
    Fraud Section, Criminal Division  
    1400 New York Avenue NW  
    Washington DC 20005

By:  /s/ Dennis K. Burke  
    Dennis K. Burke  
    Mark S. Kokanovich  
    Ballard Spahr LLP  
    1 East Washington St., Ste 2300  
    Phoenix, Arizona 85004

Ballard Spahr LLP
1 East Washington Street, Suite 2300
Phoenix, AZ 85004-2555
Telephone: 602.798.5400

**CERTIFICATE OF SERVICE**

I certify that on the 23rd day of February, 2021, I electronically transmitted a PDF version of this document to the Office of the Clerk of the Court, using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to all CM/ECF registrants listed for this matter.

By:  /s/ Catherine M. Weber