# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America,<br>    Plaintiff,<br>v.<br>James B. Panther,<br>    Defendant. | No. CR-19-00448-002-PHX-DLR<br><br>**ORDER** |

Upon consideration of the Parties' Joint Motion to Continue Trial and Rule 11 Plea Hearing (Doc. 66), and good cause appearing,

**IT IS ORDERED** granting the Parties' joint motion for the reasons stated in the motion, including that defense counsel needs additional time to prepare for trial and for the parties to pursue a possible non-trial resolution.

This Court specifically finds that the ends of justice served by granting a continuance outweigh the best interests of the public and the defendant in a speedy trial. This finding is based upon the Court's conclusion that the failure to grant such a continuance would deny defendant the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.  18 U.S.C. § 3161(h)(7)(B)(iv).

**IT IS FURTHER ORDERED** continuing the trial from May 4, 2021, to, August 10, 2021 at 9:00 a.m.

**IT IS FURTHER ORDERED** continuing the Final Pretrial Conference from April 16, 2021 to July 30, 2021 at 9:30 a.m.

**IT IS FURTHER ORDERED** continuing the Change of Plea Hearing from March 2, 2021 to March 30, 2021 at 11:30 a.m., before Magistrate Judge Michelle H. Burns.

**IT IS FURTHER ORDERED** that if any subpoenas were previously issued and served in this matter, that they remain in effect and are answerable at the new trial date and the party who served the subpoena should advise the witnesses of the trial date.

The Court finds excludable delay under Title 18 U.S.C §3161(h)(7)(A) from 5/5/2021 to 8/10/2021.

Dated this 1st day of March, 2021.

Douglas L. Rayes
United States District Judge