Mark Kokanovich (021168)
kokanovichm@ballardspahr.com
Dennis K. Burke (012076)
burked@ballardspahr.com
BALLARD SPAHR LLP
1 East Washington Street, Suite 2300
Phoenix, AZ 85004-2555
Telephone:   602.798.5400
Facsimile:    602.798.5595
*Attorneys for Defendant James B. Panther*

# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America,<br><br>    Plaintiff,<br><br>vs.<br><br>James B. Panther,<br><br>    Defendant. | NO. CR-19-00448-PHX-DLR-2<br><br>**DEFENDANT'S MOTION TO CONTINUE SENTENCING HEARING** |

Defendant, James Panther, hereby respectfully requests a 90-day continuance of the sentencing hearing currently set for Monday, June 14, 2021 at 10:30 a.m. to provide additional time necessary for preparation for the hearing. Undersigned counsel has communicated with David Bybee, counsel for the government, regarding this request. Mr. Bybee is in agreement and does not oppose this request for a continuance.

RESPECTFULLY SUBMITTED this 28th day of April, 2021.

BALLARD SPAHR LLP


By: /s/ Dennis K. Burke
    Mark Kokanovich
    Dennis K. Burke
    1 East Washington Street, Suite 2300
    Phoenix, AZ 85004-2555
    *Attorneys for Defendant James B. Panther*

DMWEST #41446190 v1

## **CERTIFICATE OF SERVICE**

I certify that on the 28th day of April, 2021, I electronically transmitted the foregoing document to the U.S. District Court for the District of Arizona Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to all CM/ECF registrants.

/s/ Catherine M. Weber

DMWEST #41446190 v1                                 2