Mark Kokanovich (021168)
kokanovichm@ballardspahr.com
Dennis K. Burke (012076)
burked@ballardspahr.com
BALLARD SPAHR LLP
1 East Washington Street, Suite 2300
Phoenix, AZ 85004-2555
Telephone:   602.798.5400
Facsimile:   602.798.5595
*Attorneys for Defendant James B. Panther*

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| United States of America,<br><br>  Plaintiff,<br><br>vs.<br><br>James B. Panther,<br><br>  Defendant. | NO. CR-19-00448-PHX-DLR-2<br><br>**DEFENDANT'S MOTION TO CONTINUE SENTENCING HEARING** |
|---|---|

Defendant, James Panther, hereby respectfully requests a 90-day continuance of the sentencing hearing currently set for Monday, September 27, 2021 at 10:30 a.m. to provide additional time necessary for preparation for the hearing. Undersigned counsel has communicated with David Bybee, counsel for the government, regarding this request. Mr. Bybee is in agreement and does not oppose this request for a continuance.

RESPECTFULLY SUBMITTED this 21st day of July, 2021.

BALLARD SPAHR LLP

By: /s/ Dennis K. Burke
    Mark Kokanovich
    Dennis K. Burke
    1 East Washington Street, Suite 2300
    Phoenix, AZ 85004-2555
    *Attorneys for Defendant James B. Panther*

DMWEST #41446190 v1