Mark Kokanovich (021168)
kokanovichm@ballardspahr.com
Dennis K. Burke (012076)
burked@ballardspahr.com
BALLARD SPAHR LLP
1 East Washington Street, Suite 2300
Phoenix, AZ 85004-2555
Telephone:   602.798.5400
Facsimile:    602.798.5595
*Attorneys for Defendant James B. Panther*

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| United States of America,<br><br>    Plaintiff,<br><br>vs.<br><br>James B. Panther,<br><br>    Defendant. | NO. CR-19-00448-PHX-DLR-2<br><br>**DEFENDANT'S MOTION TO CONTINUE SENTENCING HEARING** |
|---|---|

Defendant, James Panther, hereby respectfully requests a 90-day continuance of the sentencing hearing currently set for Tuesday, June 28, 2022 at 11:00 a.m. to provide additional time necessary for preparation for the hearing. Undersigned counsel has communicated with Deborah Brittain Shaw, counsel for the government, regarding this request. Ms. Shaw is in agreement and does not oppose this request for a continuance.

RESPECTFULLY SUBMITTED this 25th day of April, 2022.

BALLARD SPAHR LLP

By: /s/ Dennis K. Burke
    Mark Kokanovich
    Dennis K. Burke
    1 East Washington Street, Suite 2300
    Phoenix, AZ 85004-2555
    *Attorneys for Defendant James B. Panther*

DMFIRM #403004945 v1