AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
District of Arizona

| United States of America | ) | | |
|---|---|---|---|
| *Plaintiff* | ) | | |
| v. | ) | Case No. | 2:19-cr-00448-DLR |
| USA v. Abellan et al | ) | | |
| *Defendant* | ) | | |

## APPEARANCE OF COUNSEL

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

the United States of America                                                                                                      .

Date:   07/05/2022                                                    /s/ Lauren Archer
                                                                                     *Attorney's signature*

                                                           Lauren Archer, MD Bar No. 1412160028
                                                                              *Printed name and bar number*

                                                                    1400 New York Avenue, NW
                                                                          Washington, DC 20005
                                                                                         *Address*

                                                                    Lauren.Archer2@usdoj.gov
                                                                                   *E-mail address*

                                                                               (202) 538-3859
                                                                                *Telephone number*

                                                                               (202) 514-3708
                                                                                   *FAX number*