Mark Kokanovich (021168)
kokanovichm@ballardspahr.com
Dennis K. Burke (012076)
burked@ballardspahr.com
BALLARD SPAHR LLP
1 East Washington Street, Suite 2300
Phoenix, AZ 85004-2555
Telephone:   602.798.5400
Facsimile:   602.798.5595
*Attorneys for Defendant James B. Panther*

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| United States of America, | NO. CR-19-00448-PHX-DLR-2 |
|---|---|
| Plaintiff, | **DEFENDANT'S MOTION TO CONTINUE SENTENCING HEARING** |
| vs. | |
| James B. Panther, | |
| Defendant. | |

Defendant, James Panther, hereby respectfully requests a 90-day continuance of the sentencing hearing currently set for Monday, September 12, 2022 at 3:30 p.m. to provide additional time necessary for preparation for the hearing. Undersigned counsel has communicated with Lauren Archer, counsel for the government, regarding this request. Lauren Archer is in agreement and does not oppose this request for a continuance.

RESPECTFULLY SUBMITTED this 8th day of July, 2022.

BALLARD SPAHR LLP


By: /s/ Dennis K. Burke
Mark Kokanovich
Dennis K. Burke
1 East Washington Street, Suite 2300
Phoenix, AZ 85004-2555
*Attorneys for Defendant James B. Panther*

DMFIRM #403941366 v1