IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America,<br><br>    Plaintiff,<br><br>vs.<br><br>James B. Panther,<br><br>    Defendant. | NO. CR-19-00448-PHX-DLR-2<br><br>**ORDER** |

Based upon Defendant James Panther's Motion to Continue Sentencing Hearing (the "Motion") (Doc. 93), the government not objecting and good cause appearing,

**IT IS ORDERED** vacating Defendant's sentencing set for September 12, 2022 at 3:30 p.m. and continuing the sentencing until _____, 2022, at ___ o'clock __m.