Mark Kokanovich (021168)
kokanovichm@ballardspahr.com
Dennis K. Burke (012076)
burked@ballardspahr.com
BALLARD SPAHR LLP
1 East Washington Street, Suite 2300
Phoenix, AZ 85004-2555
Telephone:   602.798.5400
Facsimile:    602.798.5595
*Attorneys for Defendant James B. Panther, Jr.*

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| United States of America, | NO. CR-19-00448-PHX-DLR-2 |
|---|---|
| Plaintiff, | **EX PARTE MOTION FOR ORDER AUTHORIZING THE WITHDRAWAL OF COUNSEL OF RECORD** |
| vs. | |
| James B. Panther, Jr., | |
| Defendant. | |

Pursuant to Local Rule 83.3(b)(1) of the United States District Court of Arizona, Dennis K. Burke and Mark S. Kokanovich of Ballard Spahr LLP request to withdraw as counsel of record for Defendant James B. Panther, Jr. ("Defendant") in the above-captioned action. We have extensively discussed this Motion and our basis for filing with Mr. Panther. Ballard Spahr's withdrawal will not prejudice Mr. Panther in this matter, nor substantially impede the progress of it. Prior to making this Motion, Ballard Spahr advised Mr. Panther that it would be forced to make a motion to withdraw as counsel. Mr. Panther declined to consent to Ballard Spahr's withdrawal as counsel.

Mr. Burke is leaving the private practice of law and he has served exclusively as Defendant's counsel since virtually the inception of the representation. The firm is prepared to provide further justification in camera to the Court.

It is hereby requested that Dennis K. Burke, Mark S. Kokanovich and Ballard Spahr LLP be removed from any and all applicable service lists and that the Clerk terminate all delivery of all CM/ECF Notices addressed to the following email addresses in the above-

1 | captioned action:

2 | dburke@ballardspahr.com

3 | kokanovichm@ballardspahr.com

5 | RESPECTFULLY SUBMITTED this 5th day of August, 2022.

6 | BALLARD SPAHR LLP

8 | By: /s/ Dennis K. Burke
Mark Kokanovich
Dennis K. Burke
1 East Washington Street, Suite 2300
Phoenix, AZ 85004-2555
*Attorneys for Defendant James B. Panther, Jr.*

Ballard Spahr LLP
1 East Washington Street, Suite 2300
Phoenix, AZ 85004-2555
Telephone: 602.798.5400