KW LAW, LLP
6122 N. 7th St., Suite D
Phoenix, AZ 85014
Telephone: (602) 609-7367

Andrea S. Tazioli (# 026621)
andrea@kwlaw.co

*Attorneys for*
*Defendant James B. Panther, Jr.*

# IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF ARIZONA

| United States of America, | |
|---|---|
| Plaintiff, | Case No. CR-19-00448-PHX-DLR-2 |
| v. | **NOTICE OF APPEARANCE** |
| James B. Panther, Jr.; | |
| Defendant. | |

Andrea S. Tazioli of the law firm of KW Law, LLP hereby enters her appearance in this case on behalf of the Defendant James B. Panther, Jr. ("Mr. Panther"). All future correspondence, court documents and discovery in reference to this case will be accepted at the following address:

Andrea S. Tazioli
KW LAW, LLP
6122 N. 7th St., Suite D
Phoenix, AZ 85014
Telephone: (602) 609-7367
andrea@kwlaw.co

4859-6871-2252, v. 2

RESPECTFULLY SUBMITTED this 3rd day of November, 2022.

KW Law, LLP
6122 North 7th Street, Suite D
Phoenix, Arizona 85014

By: Andrea S. Tazioli (#026621)

*Attorneys for Defendant James B. Panther, Jr.*

4859-6871-2252, v. 2

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**CERTIFICATE OF SERVICE**

I certify that on the 3rd day of November 2022, I electronically transmitted the foregoing document to the Office of the Clerk of the Court, using the CM/EFC System, for filing and for transmittal of a Notice of Electronic Filing to the CM/EFC registrants on record.

/s/ Andrea S. Tazioli____

4859-6871-2252, v. 2