1
2
3
4
5

KW LAW, LLP
6122 N. 7th St., Suite D
Phoenix, AZ 85014
Telephone: (602) 609-7367

Andrea S. Tazioli (# 026621)
andrea@kwlaw.co

*Attorneys for*
*Defendant James B. Panther, Jr.*

6
7
8

# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF ARIZONA

9
10
11
12
13
14
15

United States of America,

                    Plaintiff,

        v.

James B. Panther, Jr.;

                    Defendant.

**Case No. CR-19-00448-PHX-DLR-2**

**DEFENDANT'S MOTION
TO CONTINUE SENTENCING
HEARING**

**(Sentencing Hearing: Mar. 6, 2023,
3:30pm)**

16
17
18
19
20

      Defendant James B. Panther Jr. ("Mr. Panther"), by and through undersigned counsel, respectfully requests that the Court continue his Sentencing Hearing, currently scheduled for March 6, 2023, at 3:30p.m., for a period of forty-five (45) days to a date after April 15, 2023.

21
22
23
24
25
26
27

      Mr. Panther submitted to his pre-sentence interview on January 19, 2023, with Senior United States Probation Officer Corinne Underwood ("Ms. Underwood"). Mr. Panther is still in the process of gathering and submitting financial documents and supporting documentation to Ms. Underwood. Undersigned counsel has spoken with Ms. Underwood, and she has informed counsel that she will need additional time to obtain and review these documents. Additionally, undersigned counsel needs additional time to prepare for the Sentencing Hearing.

28

4873-0847-7006, v. 1

Undersigned counsel has communicated with Assistant United States Attorney, Deborah Brittain Shaw ("Ms. Shaw"), regarding this request. Ms. Shaw does not oppose this request for a continuance.  Moreover, Ms. Shaw informed counsel that given her schedule, she prefers the Sentencing Hearing to be continued to a date after April 15, 2023. Additionally, undersigned counsel is scheduled to be out of the country April 7-14, 2023.

Therefore, and for the reasons stated above, Mr. Panther respectfully requests that the Court continue the Sentencing Hearing for a period of forty-five (45) days to a date after April 15, 2023.

RESPECTFULLY SUBMITTED this 30th of January 2023.

KW Law, LLP
6122 North 7th Street, Suite D
Phoenix, Arizona 85014

By: _____
Andrea S. Tazioli (#026621)

*Attorneys for Defendant James B. Panther, Jr.*

4873-0847-7006, v. 1

**CERTIFICATE OF SERVICE**

I certify that on the 30th day of January 2023, I electronically transmitted the foregoing document to the Office of the Clerk of the Court, using the CM/EFC System, for filing and for transmittal of a Notice of Electronic Filing to the CM/EFC registrants on record.

I certify that I sent this document via email to Assistant United States Attorney Deborah Brittain Shaw at the following email address: Brittain.Shaw@usdoj.gov.

I further certify that I sent this document via email to Senior United States Probation Officer, Corinne Underwood, at the following email address: Corinne_Underwood@azd.uscourts.gov.


/s/ Blake Scheffey

4873-0847-7006, v. 1