NCP LAW, PLLC
3200 N. Central Avenue
Suite 2550
Phoenix, AZ 85012
Telephone: (602) 428-3010

Andrea S. Tazioli (# 026621)
andrea@ncplawyers.com

*Attorneys for*
*Defendant James B. Panther, Jr.*

# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America, | |
| Plaintiff, | **Case No. CR-19-00448-PHX-DLR-2** |
| v. | **NOTICE OF CHANGE OF ADDRESS AND FIRM AFFILIATION** |
| James B. Panther, Jr.; | |
| Defendant. | |

Andrea S. Tazioli, counsel of record for Defendant James B. Panther, Jr., hereby gives notice that she is no longer affiliated with the law firm of KW Law, LLP.  Effective immediately, Ms. Tazioli's new firm affiliation and contact information are as follows:

Andrea S. Tazioli, Esq.
NCP Law, PLLC
3200 N. Central Avenue, Suite 2550
Phoenix, AZ 85012
Office: 602.428.3010
Direct: 602.428.2687
Cell: 703.599.292
andrea@ncplawyers.com

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26

    All future pleadings and other papers filed in this action should be served upon Ms. Tazioli at the address identified above.

    DATED this 3rd day of March 2023.

                                  NCP LAW, PLLC
                                  3200 N. Central Avenue, Suite 2550
                                  Phoenix, AZ 85012

                                By /s/ *Andrea S. Tazioli*
                                      Andrea S. Tazioli

                                *Attorneys for Defendant*

## **CERTIFICATE OF SERVICE**

I hereby certify that on March 3, 2023, I caused a true and correct copy of the foregoing document to be filed with the Clerk of the Court through the U.S. District Court Electronic Court Filing System, which caused notice of such filing to be sent electronically to the registered attorneys of record.

A true and correct copy of the foregoing document was also sent via email to Senior U.S. Probation Officer Corinne Underwood at: Corinne_Underwood@azd.uscourts.gov.

                                                      */s/ Andrea S. Tazioli*