NCP Law PLLC
3200 N. Central Ave., Suite 2550
Phoenix, AZ 85012
Telephone: (602) 428-3010

Andrea S. Tazioli (# 026621)
andrea@ncplawyers.com

*Attorneys for
Defendant James B. Panther, Jr.*

# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America,<br><br>                    Plaintiff,<br><br>v.<br><br>James B. Panther, Jr.;<br><br>                    Defendant. | **Case No. CR-19-00448-PHX-DLR-2**<br><br>**DEFENDANT'S MOTION TO CONTINUE SENTENCING HEARING**<br><br>**Sentencing Hearing; April 17, 2023 at 3:30pm** |

Defendant James B. Panther Jr. ("Mr. Panther"), by and through undersigned counsel, respectfully requests that the Court continue his Sentencing Hearing, currently scheduled for April 17, 2023, at 3:30p.m., for a period of thirty days.  Mr. Panther further requests that the Court enter an order setting the date on which the government shall submit its sentencing recommendation and the date on which Mr. Panther shall submit his sentencing recommendation.

Mr. Panther is requesting this continuance on the grounds that he needs additional time to prepare for his sentencing hearing.  Mr. Panther has not yet received the government's sentencing recommendation.  Mr. Panther and his counsel need to have time to obtain and review this so that they properly respond to the government's sentencing recommendation and be as prepared as possible for sentencing.

1

#51808.1

Additionally, undersigned counsel has spoken with United States Probation Officer Corinne Underwood ("Ms. Underwood"), who has informed that there are still some outstanding issues related to the restitution amount owed in this matter. Ms. Underwood further informed that due to these outstanding issues, a restitution hearing would need to be scheduled, as these issues would not be resolved by the current sentencing date of April 17, 2023. A continuance would allow the restitution issues to potentially be resolved by the next setting.

Therefore, and for the reasons stated above, Mr. Panther respectfully requests that the Court continue the Sentencing Hearing for a period of thirty days. Mr. Panther further requests that the Court enter an order setting the date in which the government shall submit its sentencing recommendation and the date in which Mr. Panther shall submit his sentencing recommendation.

This Motion is made in good faith and not for the purpose of any delay.

RESPECTFULLY SUBMITTED this 10th day of April 2023

        NCP Law, PLLC
        3200 N. Central Avenue, Suite 2550
        Phoenix, Arizona 85012

        By: /s/ Andrea S. Tazioli
        Andrea S. Tazioli (#026621)

        *Attorneys for Defendant James B. Panther, Jr.*

#51808.1

**CERTIFICATE OF SERVICE**

I certify that on the 10th day of April 2023, I electronically transmitted the foregoing document to the Office of the Clerk of the Court, using the CM/EFC System, for filing and for transmittal of a Notice of Electronic Filing to the CM/EFC registrants on record.

I further certify that I sent this document via email to Assistant United States Attorney Deborah Brittain Shaw at the following email address: Brittain.Shaw@usdoj.gov.

I further certify that I sent this document via email to Senior United States Probation Officer, Corinne Underwood, at the following email address: Corinne_Underwood@azd.uscourts.gov.

/s/ *Andrea S. Tazioli*___

3

#51808.1