D. Brittain Shaw
DC Bar No. 472990
U.S. Department of Justice
1400 New York Ave., N.W.
Washington, D.C. 20530
202-538-4256
Brittain.Shaw@usdoj.gov

Attorney for *United States of America*

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| United States of America, | 2:19-cr-00448-DLR2 |
|---|---|
| Plaintiff, | |
| v. | **MOTION FOR LEAVE TO APPEAR** |
| James Panther, | **TELEPHONICALLY** |
| Defendant. | |

    The United States, by and through the undersigned counsel, moves for leave of the Court to appear via telephone for the sentencing hearing scheduled for Monday, May 22, 2023 at 3:30 p.m. Undersigned government counsel is based in Washington, DC. In addition, undersigned counsel's son is graduating from high school the weekend immediately prior to the sentencing and will have family members visiting from out of state that entire weekend. Appearing in person would require leaving on Sunday for an overnight stay, given the flight schedules. Accordingly, undersigned counsel seeks permission to appear by telephone for the hearing so that she will not have to leave while family members are visiting. In addition, appearing by telephone for the sentencing hearing would save the government the cost of travel expenses and work time lost in transit back to DC. The government plans to file a detailed sentencing memorandum and a motion

for downward departure early next week.

 Counsel for the Defendant, Andrea Tazioli, has been advised of the motion and has no opposition to this request.

 RESPECTFULLY SUBMITTED this 2nd day of May 2023.

 s. *D. Brittain Shaw*
 D. Brittain Shaw
 Attorney for the United States

CERTIFICATE OF SERVICE

I certify that on May 2, 2023, I electronically transmitted the attached document to the Master Sealed Event Email, phxcoopseal@azd.uscourts.gov for filing and emailed a copy to the following CM/ECF registrants:

Andrea Tazioli
*Counsel for James Panther*