IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America,<br><br>          Plaintiff,<br><br>     vs.<br><br>James B. Panther, Jr.,<br><br>          Defendant. | No. CR-19-00448-002-PHX-DLR<br><br>**ORDER** |

On or about April 30, 2019, the Court enter a Modified Order Setting Conditions of Release as to Defendant James B. Panther Jr. (Doc. 15). Paragraph 10 of the Release Order required the Defendant to execute an appearance bond in the amount of $200,000.00 that was secured via a trust deed to the United States on real property approved by a federal judge. On May 22, 2022, a Sentencing Hearing was held in this matter, and the Court sentenced the Defendant to a sixty-month term of probation. Accordingly,

**IT IS ORDERED** that Mr. Panther's Appearance Bond in this matter is hereby exonerated and released. All suretors of Mr. Panther's Appearance Bond and any real property that was used to secure the Appearance Bond are also released from liability in connection with said bond.

Dated this 31st day of May, 2023.

Douglas L. Rayes
United States District Judge