NCP Law PLLC
3200 N. Central Ave., Suite 2550
Phoenix, AZ 85012
Telephone: (602) 428-3010

Andrea S. Tazioli (# 026621)
andrea@ncplawyers.com

*Attorneys for Defendant James B. Panther, Jr.*

# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>James B. Panther, Jr.;<br><br>　　　　　Defendant. | Case No. CR-19-00448-PHX-DLR-2<br><br>**STIPULATION AND JOINT MOTION TO CONTINUE RESTITUTION HEARING SCHEDULED FOR NOVEMBER 8, 2023 AT 1:30 PM FOR A PERIOD OF NINETY DAYS** |

　　　　Plaintiff, United States of America, by and through D. Brittain Shaw, United States Department of Justice (the "Government"), and Defendant James B. Panther Jr. ("Mr. Panther"), by and through undersigned counsel, hereby stipulate and jointly move this Court for an order continuing the restitution hearing currently scheduled for Wednesday, November 8, 2023 at 1:30 p.m. before the Honorable Douglas L. Rayes, for a period of ninety days to a date on or after February 8, 2024.

　　　　The Government has been working to recover monies from overseas accounts, which may reduce or negate the amount of restitution that Mr. Panther owes in this matter. As of the date of the filing of this Stipulation and Joint Motion, the Government has informed that they have sent their MLAT request to repatriate the funds, and they are still awaiting a response, which may take several months. Given that the amount of restitution cannot be determined by the time of the currently scheduled restitution hearing, conducting the restitution hearing currently set for November 8, 2023 at 1:30

#62160.1

p.m. would not be a productive use of this Court's time and resources and would not result in an accurate restitution amount to be paid by Mr. Panther.

Therefore, and for the reasons stated above, the parties respectfully request that the Court continue the restitution hearing currently scheduled for November 8, 2023 at 1:30 p.m. to a date and time on or after February 8, 2024.

RESPECTFULLY SUBMITTED this 16th day of October 2023.

    NCP Law, PLLC
    3200 N. Central Avenue, Suite 2550
    Phoenix, Arizona 85012

    By: /s/ Andrea S. Tazioli
    Andrea S. Tazioli (#026621)
    *Attorneys for Defendant James B. Panther, Jr.*

    United States Department of Justice
    1400 New York Ave.
    Washington, DC  20005

    By: */s/ D. Brittan Shaw (with permission)*
    D. Brittain Shaw
    *Attorneys for Plaintiff*

#62160.1

# CERTIFICATE OF SERVICE

I certify that on the 16th day of October 2023, I electronically transmitted the foregoing document to the Office of the Clerk of the Court, using the CM/EFC System, for filing and for transmittal of a Notice of Electronic Filing to the CM/EFC registrants on record.

I further certify that I sent this document via email to Assistant United States Attorney Deborah Brittain Shaw at the following email address: Brittain.Shaw@usdoj.gov

I further certify that I sent this document via email to US Probation Officer Lisa Cabe at the following email address: Lisa_Cabe@casp.uscourts.gov

/s/ Andrea S. Tazioli___

#62160.1