NCP Law PLLC
3200 N. Central Ave., Suite 2550
Phoenix, AZ 85012
Telephone: (602) 428-3010

Andrea S. Tazioli (# 026621)
andrea@ncplawyers.com

*Attorneys for Defendant James B. Panther, Jr.*

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America,<br><br>    Plaintiff,<br><br>  v.<br><br>James B. Panther, Jr.;<br><br>    Defendant. | **Case No. CR-19-00448-PHX-DLR-2**<br><br>**DEFENDANT'S UNOPPOSED MOTION TO CONTINUE RESTITUTION HEARING SCHEDULED FOR DECEMBER 19, 2024 AT 3:00 PM FOR A PERIOD OF NINETY (90) DAYS** |

Defendant James B. Panther Jr. ("Mr. Panther"), by and through undersigned counsel, respectfully requests that this Court enter an order continuing the restitution hearing currently scheduled for Thursday, December 19, 2024, at 3:00 p.m. before the Honorable Douglas L. Rayes, for a period of ninety (90) days.

As this Court is aware, over the last year, the government has been working to recover monies from overseas accounts, which may reduce or negate the amount of restitution that Mr. Panther owes in this matter. On or about November 27, 2024, the government notified undersigned counsel regarding the status of the repatriation of funds from the overseas accounts. Specifically, the government informed that it is still working to release the funds from Cypriot Bank in Cyprus.  While progress is being made, there are many moving parts, and the government continues to work on the release of these funds.  The government hopes to have this matter resolved within the next ninety (90)

#91746.1

days. The recovery of these funds is important, as these funds would be used in order to satisfy all or part of the restitution owed in this matter.

Undersigned counsel has been in communication with AUSA Aaron Hendricks; and the government does not have any objection to the continuance of this matter.

Therefore, and for the reasons stated above, Mr. Panther respectfully requests that the Court continue the restitution hearing currently scheduled for December 19, 2024, at 3:00 p.m. for a period of ninety (90) days.

RESPECTFULLY SUBMITTED this 2nd day of December 2024.

>
> NCP Law, PLLC
> 3200 N. Central Avenue, Suite 2550
> Phoenix, Arizona 85012
>
> By: /s/ Andrea S. Tazioli
> Andrea S. Tazioli (#026621)
> *Attorneys for Defendant James B. Panther, Jr.*

#91746.1

**CERTIFICATE OF SERVICE**

I certify that on the 2nd day of December 2024, I electronically transmitted the foregoing document to the Office of the Clerk of the Court, using the CM/EFC System, for filing and for transmittal of a Notice of Electronic Filing to the CM/EFC registrants on record.

I further certify that I sent this document via email to Assistant United States Attorney Aaron Hendricks at the following email address: Aaron.Hendricks@usdoj.gov

I further certify that I sent this document via email to US Probation Officer Lisa Cabe at the following email address: Lisa_Cabe@casp.uscourts.gov

/s/ Andrea S. Tazioli___

#91746.1