NCP Law PLLC
3200 N. Central Ave., Suite 2550
Phoenix, AZ 85012
Telephone: (602) 428-3010

Andrea S. Tazioli (# 026621)
andrea@ncplawyers.com

*Attorneys for Defendant James B. Panther, Jr.*

# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America,<br><br>                    Plaintiff,<br><br>          v.<br><br>James B. Panther, Jr.;<br><br>                    Defendant. | Case No. CR-19-00448-PHX-DLR-2<br><br>**DEFENDANT'S <u>UNOPPOSED</u> MOTION TO CONTINUE RESTITUTION HEARING SCHEDULED FOR OCTOBER 24, 2025 AT 11:00 AM FOR A PERIOD OF NINETY (90) DAYS** |

    Defendant James B. Panther Jr. ("Mr. Panther"), by and through undersigned counsel, respectfully requests that this Court enter an order continuing the restitution hearing currently scheduled for Friday, October 24, 2025, at 11:00 a.m. before the Honorable Douglas L. Rayes, for a period of ninety (90) days.

    As this Court is aware, over the last year, the government has been working to recover monies from overseas accounts, which may reduce or negate the amount of restitution that Mr. Panther owes in this matter. On or about October 15, 2025, the government notified undersigned counsel regarding the status of the repatriation of funds from the overseas accounts. Specifically, the government informed that it has still not yet received the funds from the Cypriot Bank in Cyprus. The recovery of these funds is important, as these funds would be used in order to satisfy all or part of the restitution owed in this matter.

#116670.1

Undersigned counsel has been in communication with the assigned Assistant United States Attorney, Amanda Fretto Lingwood, and the government does not object to the continuance of this restitution hearing.

Therefore, and for the reasons stated above, Mr. Panther respectfully requests that the Court continue the restitution hearing currently scheduled for October 24, 2025, at 11:00 a.m. for a period of ninety (90) days.

RESPECTFULLY SUBMITTED this 15th day of October 2025.

NCP Law, PLLC
3200 N. Central Avenue, Suite 2550
Phoenix, Arizona 85012

By: *Andrea S. Tazioli*
Andrea S. Tazioli (#026621)
*Attorneys for Defendant James B. Panther, Jr.*

#116670.1

**CERTIFICATE OF SERVICE**

I certify that on the 15th day of October 2025, I electronically transmitted the foregoing document to the Office of the Clerk of the Court, using the CM/EFC System, for filing and for transmittal of a Notice of Electronic Filing to the CM/EFC registrants on record.

I further certify that I sent this document via email to Assistant United States Attorneys Aaron Hendricks and Amanda Fretto Lingwood at the following email addresses: Aaron.Henricks@usdoj.gov and Amanda.Fretto.Lingwood@usdoj.gov

I further certify that I sent this document via email to US Probation Officer David Magana at the following email address: David_Magana@casp.uscourts.gov

/s/ Andrea S. Tazioli

#116670.1