NCP Law PLLC
3200 N. Central Ave., Suite 2550
Phoenix, AZ 85012
Telephone: (602) 428-3010

Andrea S. Tazioli (# 026621)
andrea@ncplawyers.com

*Attorneys for Defendant James B. Panther, Jr.*

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF ARIZONA**

| | |
|---|---|
| United States of America, | Case No. 2:19-cr-00448-DLR |
| Plaintiff, | **DEFENDANT'S <u>UNOPPOSED</u> TWELFTH MOTION TO CONTINUE RESTITUTION HEARING SCHEDULED FOR MAY 7, 2026, AT 3:00 PM FOR A PERIOD OF NINETY (90) DAYS** |
| v. | |
| James B. Panther, Jr.; | |
| Defendant. | |

Defendant James B. Panther Jr. ("Mr. Panther"), by and through undersigned counsel, respectfully requests that this Court enter an order continuing the restitution hearing currently scheduled for Thursday, May 7, 2026, at 3:00 p.m. before the Honorable Douglas L. Rayes, for a period of ninety (90) days.

As this Court is aware, over the past two years, the government has been working to recover monies from overseas accounts in Cyprus, which may reduce or negate the amount of restitution that Mr. Panther owes in this matter. On or about April 21, 2026, the government notified undersigned counsel regarding the status of the repatriation of funds from these overseas accounts. Specifically, the government informed that it has not received a more definitive update from Cyprus. The recovery of these funds is important, as these funds would be used in order to satisfy all or part of the restitution owed in this matter.

#136887.1

Undersigned counsel has been in communication with the assigned Assistant United States Attorney, Amanda Fretto Lingwood, and the government does not object to the continuance of this restitution hearing.

Therefore, and for the reasons stated above, Mr. Panther respectfully requests that the Court continue the restitution hearing currently scheduled for May 7, 2026, at 3:00 p.m. for a period of ninety (90) days.

RESPECTFULLY SUBMITTED this 22nd day of April 2026.

NCP Law, PLLC
3200 N. Central Avenue, Suite 2550
Phoenix, Arizona 85012

By: *Andrea S. Tazioli*

Andrea S. Tazioli (#026621)
*Attorneys for Defendant James B. Panther, Jr.*

#136887.1

## CERTIFICATE OF SERVICE

I certify that on the 22nd day of April 2026, I electronically transmitted the foregoing document to the Office of the Clerk of the Court, using the CM/EFC System, for filing and for transmittal of a Notice of Electronic Filing to the CM/EFC registrants on record.

I further certify that I sent this document via email to Assistant United States Attorney Amanda Fretto Lingwood at the following email address: Amanda.Fretto.Lingwood@usdoj.gov.

I further certify that I sent this document via email to US Probation Officer David Magana at the following email address: David_Magana@casp.uscourts.gov.


/s/ Andrea S. Tazioli____

#136887.1